# EXHIBIT B

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

City of Birmingham Retirement and Relief System ("Plaintiff") declares:

1. Plaintiff has reviewed a complaint and authorized its filing. Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2. Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:

| Security | Transaction | Date | Price Per Share |
|---|---|---|---|
| *See* attached Schedule A. | | | |

5. (a) Plaintiff has been appointed to serve as a representative party for a class in the following actions filed under the federal securities laws within the three-year period prior to the date of this Certification:

*City of Birmingham Firemen's and Policemen's Supplemental Pension System v. Credit Suisse Group AG, et al.*, No. 1:17-cv-10014 (S.D.N.Y.)
*In re BRF S.A. Sec. Litig.*, No. 1:18-cv-02213 (S.D.N.Y.)
*City of Birmingham Firemen's and Policemen's Supplemental Pension System, et al. v. Ryanair Holdings plc, et al.*, No. 1:18-cv-10330 (S.D.N.Y.)
*Keippel v. Health Insurance Innovations, Inc., et al.*, No. 8:19-cv-00421 (M.D. Fla.)

(b) Plaintiff is seeking to serve as a representative party for a class in the following actions filed under the federal securities laws:

*Batter v. Hecla Mining Company, et al.*, No. 1:19-cv-04883 (S.D.N.Y.)
*Bleier v. A.O. Smith Corporation, et al.*, No. 2:19-cv-00786 (E.D. Wis.)
*City of Sterling Heights General Employees Ret. Sys. v. Anheuser-Busch InBev SA/NV, et al.*, No. 1:19-cv-05854 (D.N.J.)

(c) Plaintiff initially sought to serve as a representative party for a class in the following actions filed under the federal securities laws within the three-year period prior to the date of this Certification:

*Ollila v. Babcock & Wilcox Enterprises, Inc., et al.*, No. 3:17-cv-00109 (W.D.N.C.)
*Grodko v. Teva Pharmaceutical Industries Ltd., et al.*, No. 2:17-cv-03743 (E.D. Pa.)
*Koch v. Healthcare Services Group, Inc., et al.*, No. 2:19-cv-01227 (E.D. Pa.)
*Scheller v. Nutanix, Inc., et al.*, No. 3:19-cv-01651 (N.D. Cal.)

RECKITT

- 2 -

6. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 11th day of September, 2019.

City of Birmingham Retirement and Relief System

By: *James D. Love*
James D. Love, Assistant City Attorney

## SCHEDULE A

## SECURITIES TRANSACTIONS

**ADR**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 09/26/2014 | 7,805 | $16.90 |
| 10/13/2014 | 6,227 | $16.09 |
| 12/11/2015 | 26,430 | $18.90 |
| 12/15/2015 | 27,331 | $18.85 |
| 12/22/2015 | 26,567 | $18.44 |
| 01/21/2016 | 22,273 | $17.36 |
| 10/27/2016 | 37,778 | $18.09 |
| 10/28/2016 | 17,092 | $18.05 |
| 01/25/2017 | 61,976 | $17.48 |
| 07/24/2017 | 28,028 | $20.27 |

| Date Sold | Amount of Shares Sold | Price |
|---|---|---|
| 08/21/2014 | 7,824 | $16.77 |
| 11/07/2014 | 5,711 | $15.88 |
| 12/19/2014 | 15,297 | $15.92 |
| 02/05/2015 | 16,596 | $17.03 |
| 02/23/2015 | 7,783 | $17.54 |
| 02/24/2015 | 13,536 | $17.78 |
| 02/25/2015 | 10,468 | $17.78 |
| 04/07/2016 | 28,686 | $19.28 |
| 04/18/2016 | 21,151 | $19.48 |
| 05/12/2016 | 28,170 | $19.99 |
| 06/28/2016 | 24,594 | $18.96 |

*Opening position of 63,183 shares.

Prices listed are rounded to two decimal places.

Adjustment factor of 0.97266 applied to preceding prices to reflect the 12/31/2014 Indivior spinoff.