**WILMER CUTLER PICKERING
HALE AND DORR LLP**
Michael G. Bongiorno
Steven W. Shuldman
7 World Trade Center
250 Greenwich Street
New York, New York 10007
212 230 8800 (t)
212 230 8888 (f)
michael.bongiorno@wilmerhale.com
steven.shuldman@wilmerhale.com

*Counsel for Defendants Reckitt Benckiser
Group plc, Rakesh Kapoor, Adrian
Hennah, and Adrian Bellamy*

[Additional Counsel Listed on Signature Block]

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| CITY OF STERLING HEIGHTS POLICE & FIRE RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) | Case No. 2:19-cv-15382-BRM-JAD <u>CLASS ACTION</u> |
| Plaintiff, | ) ) ) | **MOTION DATE:  April 20, 2020** |
| vs. | ) ) | |
| RECKITT BENCKISER GROUP PLC, et al., | ) ) | |
| Defendants. | ) ) ) | |

## <u>NOTICE OF 28 U.S.C. § 1404 MOTION TO TRANSFER</u>

TO: THE CLERK OF COURT AND ALL ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that on April 20, 2020, or as soon thereafter as counsel may be heard, the undersigned attorneys for Defendants Reckitt Benckiser Group PLC, Rakesh Kapoor, Adrian Hennah, Adrian Bellamy, and Shaun Thaxter ("Defendants"), will move before the United States District Court for the District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07101 for an Order, pursuant to 28 U.S.C. § 1404(a), to transfer the above-captioned matter to the United States District Court for the Southern District of New York.

PLEASE TAKE FURTHER NOTICE that in support of this motion, Defendants will rely upon the Brief and Declaration of Timothy Perla and that Defendants respectfully request oral argument on this motion. A proposed order is also submitted herewith.

Dated: March 16, 2020

Respectfully submitted,

/s/ Steven W. Shuldman
**WILMER CUTLER PICKERING HALE AND DORR LLP**
Michael G. Bongiorno
Steven W. Shuldman
7 World Trade Center
250 Greenwich Street
New York, New York 10007
212 230 8800 (t)
212 230 8888 (f)
michael.bongiorno@wilmerhale.com
steven.shuldman@wilmerhale.com

2

Timothy J. Perla
Jessica L. Lewis
60 State Street
Boston, MA 02109
617 526 6000 (t)
617 526 5000 (f)
timothy.perla@wilmerhale.com
jessica.lewis@wilmerhale.com

*Counsel for Defendants Reckitt Benckiser*
*Group plc, Rakesh Kapoor, Adrian*
*Hennah, and Adrian Bellamy*

**KING & SPALDING LLP**
Israel Dahan
Richard T. Marooney, Jr.
Paul A. Straus
1185 Avenue of the Americas
New York, NY 10036
212 556 2100 (t)
212 556 2222 (f)
idahan@kslaw.com
rmarooney@kslaw.com
pstraus@kslaw.com

*Counsel for Defendant Shaun Thaxter*

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 16, 2020, I served a copy of the foregoing document through the CM/ECF system upon all counsel of record.

<u>/s/ Steven W. Shuldman</u>
Steven W. Shuldman