UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| CITY OF STERLING HEIGHTS POLICE & FIRE RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>RECKITT BENCKISER GROUP PLC, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 2:19-cv-15382-BRM-JAD<br><br><br>CLASS ACTION |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO TRANSFER TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

WHEREAS, Defendants Reckitt Benckiser Group, PLC, Rakesh Kapoor, Adrian Hennah, Adrian Bellamy, and Shaun Thaxter have moved for entry of an Order pursuant to 28 U.S.C. § 1404(a) transferring this matter to the United States District Court for the Southern District of New York; and the Court having considered this matter, and for good cause shown:

IT IS HEREBY ORDERED that Defendants' Motion to Transfer this matter to the United States District Court for the District of Southern District of New York is GRANTED; and it is FURTHER ORDERED that the Clerk shall take all actions necessary to promptly effect the transfer of this action to the United States District Court for the Southern District of New York; and it is

2

FURTHER ORDERED that all motions and matters currently pending before this Court shall be held in abeyance, and all deadlines for responding shall be extended, pending the completion of the transfer to the Southern District of New York.

So ordered, this _____ day of _____, 2020.

_____
Hon. Brian R. Martinotti, U.S.D.J.

2