

**SEEGERWEISS** LLP

NEW YORK • NEW JERSEY • PHILADELPHIA

September 3, 2020

**Via ECF**
The Honorable Brian R. Martinotti
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

> Re:    *City of Sterling Heights Police & Fire Retirement System*
> *v. Reckitt Benckiser Group PLC*
> Case No. 2:19-cv-15382-BRM-JAD

Dear Judge Martinotti:

We represent Lead Plaintiff City of Birmingham Retirement and Relief System, City of Pontiac General Employees' Retirement System, and City of Sterling Heights Police & Fire Retirement System ("Plaintiffs") in the above-referenced action. In connection with Defendants'[1] pending motion to transfer (ECF No. 43), we write to submit a copy of the August 31, 2020 Opinion in *In Re: 3M Company Securities Litigation*, No. 2:19-cv-15982-CCC-MF (D.N.J.) (the "Opinion" or "*3M*," attached hereto as Exhibit A). The Opinion is relevant to Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Transfer (ECF No. 52, "Pls. Mem."), filed on June 15, 2020, including with respect to balancing the public and private interest factors.

The *3M* case, like the above-referenced action against Reckitt and its executive officers, is a securities class action. *See* Opinion at 1-2. In the Opinion, the court held that the public-interest factor that relates to deciding local controversies at home "points strongly towards keeping the case" in this District "because New Jersey is alleged to be greatly affected by 3M's PFAS [per- and polyfluoroalkyl substances] and the putative class is likely to contain New Jersey residents who were allegedly harmed by Defendants' false statements and misrepresentations regarding the company's potential liabilities." *Id*. at 6. The *3M* court also held that "the public policies of the fora factor favors trying the case in this District because New Jersey has an interest in the alleged financial and environmental wrongdoing at issue in this matter." *Id*. Similarly here, New Jersey residents were significantly affected by Reckitt's and the Individual Defendants' scheme to deceive investors, physicians, patients, and healthcare benefit programs into believing that Suboxone Film was safer

---

[1]    Defendants are Reckitt Benckiser Group plc ("Reckitt"), Shaun Thaxter, Rakesh Kapoor, Adrian Hennah, and Adrian Bellamy.

The Honorable Brian R. Martinotti
September 3, 2020
Page 2

and less susceptible to accidental child exposure and diversion than Suboxone Tablets.  *See* Pls. Mem. at 5; *see also id*. at 8-9 (describing Reckitt's payment to New Jersey's Medicaid program of more than $15 million in recoveries, with more than $5.7 million being returned to the State itself); *id*. at 4 (explaining how "[o]pioid addiction and abuse is a public health crisis in the United States, with an acute impact in New Jersey").

The Opinion is also instructive regarding the question of where the claims arose.  In *3M*, the defendants argued that the claims arose in Minnesota because the SEC filings at issue were prepared at corporate headquarters there.  *See* Opinion at 5.  The *3M* court held that "the strength of this factor is weakened as one of the alleged false statements was made in New York."  *Id*.  All the more so, in the instant action ***one-third*** of the alleged misstatements were made in New Jersey and ***none*** of the alleged misstatements were made in the SDNY, the forum to which Defendants seek transfer.  *See* Pls. Mem. at 15.  This further supports Plaintiffs' argument that the claims arose in New Jersey and New Jersey is the "center of gravity" of this dispute.  *Id*.

Respectfully submitted,

SEEGER WEISS LLP

*/s/ Christopher A. Seeger*

CHRISTOPHER A. SEEGER
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: 212/584-0700
212/584-0799 (fax)
cseeger@seegerweiss.com

*Local Counsel*

Enclosure

cc:    All Counsel of Record (via ECF)

The Honorable Brian R. Martinotti
September 3, 2020
Page 3

ROBBINS GELLER RUDMAN
  & DOWD LLP
Samuel H. Rudman
Alan I. Ellman (admitted *pro hac vice*)
Christopher T. Gilroy (admitted *pro hac vice*)
Sarah E. Delaney (admitted *pro hac vice*)
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367/1173 (fax)
srudman@rgrdlaw.com
aellman@rgrdlaw.com
cgilroy@rgrdlaw.com
sdelaney@rgrdlaw.com

*Lead Counsel for Plaintiffs and the Class*

VANOVERBEKE, MICHAUD &
TIMMONY, P.C.
Thomas C. Michaud
79 Alfred Street
Detroit, MI 48201
Telephone:  313/578-1200
313/578-1201 (fax)

ASHERKELLY
Cynthia J. Billings-Dunn
25800 Northwestern Highway
Suite 1100
Southfield, MI  48075
Telephone:  248/746-2710
248/747-2809 (fax)

*Attorneys for Plaintiffs*