**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CITY OF STERLING HEIGHTS POLICE & FIRE RETIREMENT SYSTEM, individually and on behalf of themselves and all others similarly situated, CITY OF BIRMINGHAM RETIREMENT AND RELIEF SYSTEM, and CITY OF PONTIAC GENERAL EMPLOYEES RETIREMENT SYSTEM, <br><br> Plaintiffs, <br> v. <br><br> RECKITT BENCKISER GROUP PLC, RAKESH KAPOOR, ADRIAN HENNAH, SHAUN THAXTER, and ADRIAN BELLAMY, <br><br> Defendant. | Case No. 2:19-cv-15382-BRM-JAD <br><br><br> **ORDER** |

**THIS MATTER** is before this Court on a Motion to Transfer to the United States District Court for the Southern District of New York ("SDNY") filed by Defendants Reckitt Benckiser Group PLC ("Reckitt"), Rakesh Kapoor ("Kapoor"), Adrian Hennah ("Hennah"), Shaun Thaxter ("Thaxter"), and Adrian Bellamy ("Bellamy") (collectively, "Defendants") seeking to transfer Plaintiffs' City of Pontiac General Employees' Retirement System, and City of Sterling Heights Police & Fire Retirement System (collectively, "Plaintiffs") Class Action Complaint ("Complaint") pursuant to Section 1404(a) of Title 28. (ECF No. 43.) The Motion is opposed. (ECF No. 52.) Having reviewed the submissions filed in connection with the motion and having

declined to hold oral argument pursuant to Federal Rule of Civil Procedure 78(b), for the reasons

set forth in the accompanying Opinion and for good cause appearing,

**IT IS** on this 30th of November 2020,

**ORDERED** that Defendants' Motion to Transfer Venue to the United States District Court

for the SDNY (ECF No. 43) is **GRANTED**.

*/s/ Brian R. Martinotti*
**HON. BRIAN R. MARTINOTTI**
**UNITED STATES DISTRICT JUDGE**

2