# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITY OF STERLING HEIGHTS POLICE & FIRE RETIREMENT SYSTEM, *Individually and on Behalf of All Others Similarly Situated*,<br><br>*Plaintiffs*,<br><br>v.<br><br>RECKITT BENCKISER GROUP PLC, et al.,<br><br>*Defendants*. | No. 1:20-cv-10041-PKC<br><br>**NOTICE OF WITHDRAWAL OF TRAVIS MISCIA AND [PROPOSED] ORDER** |

PLEASE TAKE NOTICE that I, Travis Miscia, of the law firm Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale"), hereby request the Court's leave to withdraw as counsel for Defendants Reckitt Benckiser Group PLC, Rakesh Kapoor, Adrian Hennah, and Adrian Bellamy in the above-captioned matter. I first appeared in this case on March 23, 2020.

The requirements of Local Rule 1.4 are met. The reason for my withdrawal is that, after March 16, 2021, I will no longer be representing Reckitt Benckiser Group PLC, Rakesh Kapoor, Adrian Hennah, and Adrian Bellamy. Timothy Perla, Jessica Lewis, and Michael Bongiorno, all of whom have appeared in this case, will continue to be counsel of record for Defendants. Accordingly, no delay or prejudice to any party will result from my withdrawal. Moreover, I did not assert a retaining or charging lien.

Dated: March 16, 2021                    Respectfully submitted,

                                        */s/ Travis Miscia*
                                        **WILMER CUTLER PICKERING**
                                        **HALE AND DORR LLP**
                                        Travis Miscia
                                        7 World Trade Center

250 Greenwich Street
New York, New York 10007
212 295 6425 (t)
212 230 8888 (f)
travis.miscia@wilmerhale.com

*Counsel for Defendants Reckitt Benckiser Group PLC, Rakesh Kapoor, Adrian Hennah, and Adrian Bellamy*

**SO ORDERED.**

Dated: 3-16, 2021

_____
Honorable P. Kevin Castel
United States District Court Judge