Case 1:20-cv-10041-PKC   Document 83   Filed 04/12/21   Page 1 of 2

April 7, 2021

Via ECF

The Honorable P. Kevin Castel
United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:   *City of Sterling Heights Police & Fire Retirement System v. Reckitt Benckiser Group PLC, et al.*, 1:20-cv-10041-PKC (S.D.N.Y.)

Dear Judge Castel:

Pursuant to Part 1.A of this Court's Individual Practices and Procedures, we write on behalf of Reckitt Benckiser Group PLC ("Reckitt"), Rakesh Kapoor, Adrian Hennah, Adrian Bellamy, and Shaun Thaxter ("Individual Defendants," and collectively, "Defendants"), and Lead Plaintiff City of Birmingham Retirement and Relief System and plaintiffs City of Pontiac General Employees' Retirement System and City of Sterling Heights Police & Fire Retirement System ("Plaintiffs," and together with the Defendants, the "Parties").

On December 23, 2020, this Court previously granted a first adjournment of the February 8, 2021 Initial Pretrial Conference to March 22, 2021, in connection with the Parties' joint letter requesting an adjournment until after the Parties had filed pre-motion letters directed at Plaintiffs' Second Amended Complaint. (Dkt. 66). On March 11, 2021, the Court granted Plaintiffs' request for leave to file a Third Amended Complaint and ordered Defendants to file a pre-motion letter directed to that amended pleading, if any, by April 9, 2021, and adjourned the March 22, 2021 conference to April 26, 2021. (Dkt. 77). Defendants intend to submit a pre-motion letter summarizing the legal and factual bases for their anticipated Motion to Dismiss.

The Parties hereby jointly request that the Initial Pretrial Conference scheduled for April 26, 2021 at 10:30 a.m., which is currently to be held pursuant to Fed. R. Civ. P. 16(a), be modified and converted into a pre-motion conference only regarding Defendants' anticipated motion to dismiss Plaintiffs' Third Amended Complaint. (Dkt. 82).

The Parties have conferred and agree that such adjournment of the Rule 16 Conference, as well as correlated requirements under Your Honor's Individual Practices (e.g., filing a case management plan) and meet-and-confer requirements under Rule 26(f), will serve to promote judicial efficiency while discovery in the Action is stayed pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u4(b)(3)(B).

The modification proposed here would not affect other scheduled dates and the proposal is made

April 7, 2021
Page 2

with the consent of all parties.

We thank the Court for its consideration of this request.

Respectfully submitted,

Dated: April 7, 2021

/s/ Michael G. Bongiorno
**WILMER CUTLER PICKERING
HALE AND DORR LLP**
Michael G. Bongiorno
7 World Trade Center
250 Greenwich Street
New York, New York 10007
212 295 6425 (t)
212 230 8888 (f)
michael.bongiorno@wilmerhale.com
Timothy J. Perla
Jessica L. Lewis
60 State Street
Boston, MA 02109
617 526 6000 (t)
617 526 5000 (f)
timothy.perla@wilmerhale.com
jessica.lewis@wilmerhale.com
*Counsel for Defendants Reckitt
Benckiser Group plc.,
Rakesh Kapoor, Adrian Hennah, and
Adrian Bellamy*

**KING & SPALDING LLP**
Israel Dahan
Richard T. Marooney, Jr.
Paul A. Straus
1185 A venue of the Americas
New York, NY 10036
Telephone: 212/556-2100
Fax: 212/556-2222
idahan@kslaw.com
rmarooney@kslaw.com
pstraus@kslaw.com
*Counsel for Defendant Shaun Thaxter*

/s/ Alan I. Ellman
**ROBBINS GELLER RUDMAN &
DOWD LLP**
Samuel H. Rudman
Mario Alba Jr.
Alan I. Ellman
Christopher T. Gilroy
Sarah E. Delaney
58 South Service Road,
Suite 200 Melville, NY 11747
Telephone: 631-367-7100
Fax: 631-367-1173
srudman@rgrdlaw.com
malba@rgrdlaw.com
aellman@rgrdlaw.com
cgilroy@rgrdlaw.com
sdelaney@rgrdlaw.com
*Lead Counsel for Lead Plaintiff and the
Class*

**VANOVERBEKE, MICHAUD &
TIMMONY, P.C.**
Thomas C. Michaud
79 Alfred Street
Detroit, MI 48201
Telephone: 313/578-1200
Fax: 313/578-1201

**ASHERKELLY**
Cynthia J. Billings-Dunn
25800 Northwestern Highway
Suite 1100 Southfield, MI 48075
Telephone: 248/746-2710
Fax: 248/747-2809
*Attorneys for Plaintiffs*