**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CITY OF STERLING HEIGHTS POLICE & FIRE RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, )<br><br>Plaintiff, )<br><br>vs. )<br><br>RECKITT BENCKISER GROUP PLC, et al., )<br><br>Defendants. ) | No. 1:20-cv-10041-PKC<br><br><u>CLASS ACTION</u><br><br>**NOTICE OF MOTION TO STAY AND/OR DISMISS**<br><br>**Oral Argument Requested** |

**NOTICE OF MOTION TO DISMISS PURSUANT TO RULE 12(B)(6) AND/OR STAY COUNTS III-V BY DEFENDANTS RECKITT BENCKISER GROUP PLC, RAKESH KAPOOR, ADRIAN HENNAH, AND ADRIAN BELLAMY**

PLEASE TAKE NOTICE that the undersigned attorneys representing defendants Reckitt Benckiser Group PLC, Rakesh Kapoor, Adrian Hennah, and Adrian Bellamy ("Reckitt Group Defendants") in the above-captioned matter, will jointly move this Court, before the Honorable P. Kevin Castel, United States District Judge for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse located at 500 Pearl Street, New York, NY 10007, for an order pursuant to Rules 12(b)(6) of the Federal Rules of Civil Procedure dismissing the Complaint in the above-captioned action and/or staying Counts III-V as to the aforementioned Reckitt Group Defendants.

The grounds for this Motion are set forth in the aforementioned Reckitt Group Defendants' Memorandum of Law in Support of Their Motion to Dismiss and/or Stay the Complaint, filed concurrently with this Motion.

Dated: June 25, 2021                                  Respectfully submitted,

*/s/ Michael G. Bongiorno*
**WILMER CUTLER PICKERING HALE AND DORR LLP**
Michael G. Bongiorno
7 World Trade Center
250 Greenwich Street
New York, New York 10007
212 295 6425 (t)
212 230 8888 (f)
michael.bongiorno@wilmerhale.com

Timothy J. Perla
Jessica L. Lewis
60 State Street
Boston, MA 02109
617 526 6000 (t)
617 526 5000 (f)
timothy.perla@wilmerhale.com
jessica.lewis@wilmerhale.com

*Counsel for Defendants Reckitt Benckiser Group plc., Rakesh Kapoor, Adrian Hennah, and Adrian Bellamy*