UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITY OF STERLING HEIGHTS POLICE & FIRE RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, ) ) ) ) | No. 1:20-cv-10041-PKC |
| Plaintiff, ) ) ) | CLASS ACTION |
| vs. ) ) | **DECLARATION OF TIMOTHY J. PERLA IN SUPPORT OF MOTION TO STAY AND/OR DISMISS** |
| RECKITT BENCKISER GROUP PLC, et al., ) ) | |
| Defendants. ) ) ) | |

**DECLARATION OF TIMOTHY J. PERLA**

I, Timothy J. Perla, hereby declare as follows:

1.    I am a partner at the law firm Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Defendants Reckitt Benckiser Group PLC ("Reckitt Group"), Rakesh Kapoor, Adrian Hennah, and Adrian Bellamy (collectively, "Reckitt Group Defendants") in the above-captioned matter.  I am a member in good standing of the bar of the State of New York, and I am duly admitted to practice before this Court.  I have personal knowledge of the facts stated herein.

2.    I respectfully submit this Declaration in support of the Reckitt Group Defendants' Motion to Stay and/or Dismiss.

3.    Attached herein as **Exhibit A** to this declaration is a true and accurate copy of the Reckitt Benckiser Group plc Annual Report and Financial Statements 2014, released by Reckitt Group on March 19, 2015.  Plaintiffs purport to refer to the report at paragraphs 266-270 of the Third Amended Complaint ("TAC").

- 1 -

- 2 -

4.      Attached herein as **Exhibit B** to this declaration is a true and accurate copy of the Transcript for the H1 2014 Reckitt Benckiser Group PLC Earnings Call, dated July 28, 2014. Plaintiffs purport to refer to the transcript at paragraphs 228-249 of the TAC.

5.      Attached herein as **Exhibit C** to this declaration is a true and accurate copy the Consolidated Amended Class Action Complaint and Demand for Jury Trial, Dkt. 47, *In re: Suboxone Antitrust Litigation*, MDL No. 2445 (E.D. Pa.).

6.      Attached herein as **Exhibit D** to this declaration is a true and accurate copy of a news article, *Addiction Treatment with a Dark Side*, written by Deborah Sontag, originally published in the New York Times on November 16, 2013.

7.      Attached herein as **Exhibit E** to this declaration is a true and accurate copy of a news article, *UPDATE: Pharmaceutical company on Midlothian Turnpike raided by Federal agents*, originally published by NBC12 on December 3, 2013.

8.      Attached herein as **Exhibit F** to this declaration is a true and accurate copy of a press release issued by Reckitt Group on July 11, 2019 titled "RB Reaches Settlement to Fully Resolve All Federal Investigations."

9.      Attached herein as **Exhibit G** to this declaration is a true and accurate copy of the Reckitt Benckiser Group plc Annual Report and Financial Statements 2013, released by Reckitt Group on March 7, 2014.  Plaintiffs purport to refer to the report at paragraph 169 of the TAC.

10.      Attached herein as **Exhibit H** to this declaration is a true and accurate copy of a February 22, 2013 letter from Janet Woodcock, M.D., Director of the Center for Drug Evaluation and Research for the Food and Drug Administration, to Tim Baxter, Global Medical Director for Reckitt Benckiser Pharmaceuticals, Inc.  Plaintiffs purport to refer to the letter at paragraph 164 of the TAC.

- 3 -

11.    Attached herein as **Exhibit I** to this declaration is a true and accurate copy of Reckitt Group's current Articles of Association, dated May 3, 2012.

12.    Attached herein as **Exhibit J** to this declaration is a true and accurate copy of a past version of Reckitt Group's Articles of Association, dated May 1, 2008.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 25, 2021

*/s/Timothy J. Perla*
Timothy J. Perla