# EXHIBIT E

Case 1:20-cv-10041-PKC    Document 91-5    Filed 06/25/21     Page 2 of 4



76°
Richmond, VA

☰   Watch Live   News   National   On Your Side   Weather      🔍

BREAKING: Shoot-Out Prompts Heavy Police Presence, Closes Broad St. In Henrico     ✕

ADVERTISEMENT

# UPDATE: Pharmaceutical company on Midlothian Turnpike raided by Federal agents

*Published: Dec. 3, 2013 at 9:50 PM EST | Updated: Dec. 14, 2013 at 5:10 AM EST*



MIDLOTHIAN, VA (WWBT) - Armed federal agents worked well into the night Tuesday. They were removing documents from the offices of a pharmaceutical company in Chesterfield. There is an odd connection to one of the stars of "Jersey Shore."

Workers and patients at the Midlothian Turnpike office building say they saw federal agents coming and going since about 9 a.m. Tuesday.

Federal agents from the U.S. Office of Inspector General, IRS, and police officials headed straight for the Reckitt Benckiser Pharmaceutical suite.

"It's kind of scary to have all these people walking around and not know what's going on," said patient Rebecca Davis.

Our cameras captured an army of agents taking out countless files in boxes.

"We can confirm that federal officers from the US government presented a search warrant at the offices of Reckitt Benckiser Pharmaceuticals, Inc. in Richmond, Virginia, USA on Tuesday morning," said a RB spokesperson in a statement."RB is cooperating fully with the investigation, but the officials did not disclose the purpose of the warrant."

Company officials say the warrant was presented by the US Attorney's office for Western Virginia. The company has made headlines in recent weeks. The New York Times reported the FDA asked the Federal Trade Commission to investigate potentially anti-competitive business practices by the company.

The Daily Mail in the UK reports "Jersey Shore's" Mike "The Situation" has even been linked to Reckitt Benckiser. He is allegedly facing subpoenas of his own after reportedly working with the company to increase knowledge about prescription painkiller addiction.

A source tells NBC 12 that employees are being told to call the inclement weather line to see if they are to report to work.

*Copyright 2013 WWBT [NBC12](). All rights reserved.*

▶

ADVERTISEMENT

## Most Read

**She's been out of prison for 11 years. In Virginia, she still has a lifetime employment ban from many professions.**



**Police search for two suspects involved in Richmond armed robbery**



**⊙ RPD: Chiropractor faces sexual assault charges, additional victims sought**



**⊙ Man found shot to death inside Richmond apartment**



**⊙ Former NASCAR driver files lawsuit against Virginia's slated skill games ban**



ADVERTISEMENT

ADVERTISEMENT

News

Weather

Sports

**WWBT**
5710 Midlothian Turnpike
Richmond, VA 23225
(804) 230-1212

Contact Us

publicfile@nbc12.com – 804-230-1212      WWBT FCC Public File      publicfile@cwrichmond.tv - 804-230-1212      WUPV FCC Public File      FCC Applications      EEO Report

Closed Captioning      Privacy Policy      Terms of Use      Advertising

A Gray Media Group, Inc. Station – © 2002-2021 Gray Television, Inc.