# EXHIBIT F

6/23/2021
Case 1:20-cv-10041-PKC   Document 91-6   Filed 06/25/21   Page 2 of 3
RB reaches settlement to fully resolve all federal investigations | reckitt.com





RB REACHES SETTLEMENT

11 Jul 2019                                                                 1 MIN READ

# RB REACHES SETTLEMENT TO FULLY RESOLVE ALL FEDERAL INVESTIGATIONS

11 July 2019, Slough - RB today announced it has reached agreements with the U.S. Department of Justice (DOJ) and the Federal Trade Commission (FTC) to resolve the long-running investigation into the sales and marketing of Suboxone Film by its former prescription pharmaceuticals business Indivior, a business that was wholly demerged from the Group in 2014.

Under the terms of the agreements, RB will pay a total of up to $1.4 billion to fully resolve all federal investigations into RB in connection with the subject matter of the Indivior indictment and claims relating to state Medicaid programs for those states choosing to participate in the settlement. The resolution will also protect the Group's participation in all U.S. government programmes.

While RB has acted lawfully at all times and expressly denies all allegations that it engaged in any wrongful conduct, after careful consideration, the Board of RB determined that the agreement is in the best interests of the company and its shareholders. It avoids the costs, uncertainty and distraction associated with continued investigations, litigation and the potential for an indictment at a time of significant transformation under RB 2.0 and during CEO transition.





The settlement amount will be funded through existing borrowing facilities and cash generation. RB has a provision of $400 million and will increase its provision to $1.5 billion at its half-year results. RB believes this will cover the settlement and any remaining litigation exposures.

This announcement contains inside information.



**MORE**

Terms and Conditions

Privacy Policy

Cookie policy

Modern Slavery Act Statement

**ADDRESS**

Registered office at 103 - 105 Bath Road, Slough, Berkshire, SL1 3UH

Registered in England & Wales, No 6270876

© Copyright Reckitt Benckiser Group PLC. All rights reserved