UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CITY OF STERLING HEIGHTS POLICE & FIRE
RETIREMENT SYSTEM, Individually and on Behalf
of All Others Similarly Situated,

                    Plaintiff,

     vs.

RECKITT BENCKISER GROUP PLC, et al.,

                    Defendants.

No. 1:20-cv-10041-PKC

## <u>NOTICE OF MOTION TO DISMISS THE THIRD AMENDED COMPLAINT</u>

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law of Defendant Shaun Thaxter in Support of his Motion to Dismiss, the Declaration of Paul A. Straus dated June 25, 2021, and the exhibits thereto, Defendant Shaun Thaxter, by and through his attorneys, will move this Court before the Honorable P. Kevin Castel, United States District Judge for the Southern District of New York, 500 Pearl Street, New York, New York, 10007, on such date as the Court will determine, for an order, pursuant to Rules 12(b)(6) and 9(b) of the Federal Rules of Civil Procedure, and the Private Securities Litigation Reform Act of 1995, dismissing with prejudice the Third Amended Complaint in the above-captioned action, and granting such other and further relief as the Court deems just and proper.

1

Dated: New York, New York
June 25, 2021                          **KING & SPALDING LLP**


By:  */s/ Paul A. Straus*
     Richard T. Marooney
     Israel Dahan
     Paul A. Straus
     Eric A. Hirsch
     Alexander Noble
     1185 Avenue of the Americas
     New York, NY 10036-4003
     Tel: (212) 556-2100
     Email: pstraus@kslaw.com

     *Attorneys for Defendant Shaun Thaxter*