UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| |
|---|
| CITY OF STERLING HEIGHTS POLICE & FIRE RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> RECKITT BENCKISER GROUP PLC, et al., <br><br> Defendants. |

No. 1:20-cv-10041-PKC

**DECLARATION OF PAUL A. STRAUS IN SUPPORT OF
DEFENDANT SHAUN THAXTER'S MOTION TO DISMISS
THE THIRD AMENDED COMPLAINT**

PAUL A. STRAUS hereby declares pursuant to 28 U.S.C. § 1746:

1.     I am a member of the law firm of King & Spalding LLP, attorneys for Defendant Shaun Thaxter ("Mr. Thaxter" or "Defendant") in the above-captioned action, and a member in good standing of the bar of this Court. I respectfully submit this Declaration in support of Mr. Thaxter's motion to dismiss the Third Amended Complaint (Dkt. No. 82).

2.     Attached as Exhibit A is a copy of selected pages of the transcript of Reckitt Benckiser Group PLC's October 21, 2014 earnings call transcribed by Thomson Reuters and published on Reckitt Benckiser Group PLC's website.[1]

3.     Attached as Exhibit B is a copy of the Plea Agreement entered into by Mr. Thaxter on or about June 29, 2020 resolving charges in the action captioned *United States v. Shaun Thaxter*, Case No. 1:20CR00024, in the U.S. District Court for the Western District of Virginia.

---

[1] Available at https://www.reckitt.com/media/959/rb_audiocast-transcript-q3-ims-2014.pdf.

4.      Attached as Exhibit C is a copy of the Information charging Mr. Thaxter in the action captioned *United States v. Shaun Thaxter*, Case No. 1:20CR00024, in the U.S. District Court for the Western District of Virginia.

5.      Attached as Exhibit D is a copy of public disclosure forms documenting Mr. Thaxter's purchases of shares in Indivior PLC from December 24, 2014 to May 15, 2019, as provided by the Regulatory News Service, the news service of the London Stock Exchange approved by the Financial Conduct Authority to act as a Primary Information Provider in the United Kingdom.[2]

Dated: New York, NY
       June 25, 2021

                                        /s/ Paul A. Straus
                                        Paul A. Straus

---

[2] Available at:
http://otp.investis.com/clients/uk/indivior/rns/regulatory-story.aspx?cid=971&newsid=466416 (Dec. 24, 2014);
http://otp.investis.com/clients/uk/indivior/rns/regulatory-story.aspx?cid=971&newsid=467212 (Dec. 31, 2014);
http://otp.investis.com/clients/uk/indivior/rns/regulatory-story.aspx?cid=971&newsid=484760 (Feb. 11, 2015);
http://otp.investis.com/clients/uk/indivior/rns/regulatory-story.aspx?cid=971&newsid=485020 (Feb. 12, 2015);
http://otp.investis.com/clients/uk/indivior/rns/regulatory-story.aspx?cid=971&newsid=485630 (Feb. 16, 2015);
http://otp.investis.com/clients/uk/indivior/rns/regulatory-story.aspx?cid=971&newsid=485661 (Feb. 16, 2015);
http://otp.investis.com/clients/uk/indivior/rns/regulatory-story.aspx?cid=971&newsid=500708 (Mar. 26, 2015);
http://otp.investis.com/clients/uk/indivior/rns/regulatory-story.aspx?cid=971&newsid=501023 (Mar. 27, 2015);
http://otp.investis.com/clients/uk/indivior/rns/regulatory-story.aspx?cid=971&newsid=769308 (July 29, 2016);
http://otp.investis.com/clients/uk/indivior/rns/regulatory-story.aspx?cid=971&newsid=1264079 (May 14, 2019).