# Exhibit A

THOMSON REUTERS STREETEVENTS

# EDITED TRANSCRIPT

RB.L - Q3 2014 Reckitt Benckiser Group PLC Interim Management Statement Call

## EVENT DATE/TIME: OCTOBER 21, 2014 / 7:30AM GMT

### OVERVIEW:

Co. reported YTD total constant exchange net revenue growth, excluding RBP, of 4%; and like-for-like net revenue growth, excluding RBP, of 4%. 3Q14 total constant exchange net revenue growth, excluding RBP, was 2%; and like-for-like net revenue growth, excluding RBP, was 3%. Expects full year total constant currency net revenue growth, excluding RBP, to be 4-5%.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2014 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



**OCTOBER 21, 2014 / 7:30AM, RB.L - Q3 2014 Reckitt Benckiser Group PLC Interim Management Statement Call**

## CORPORATE PARTICIPANTS

**Rakesh Kapoor** *Reckitt Benckiser Group Plc - CEO*

**Adrian Hennah** *Reckitt Benckiser Group Plc - CFO*

## CONFERENCE CALL PARTICIPANTS

**Celine Pannuti** *JPMorgan - Analyst*

**Iain Simpson** *Societe Generale - Analyst*

**Erik Sjogren** *Morgan Stanley - Analyst*

**Harold Thompson** *Deutsche Bank - Analyst*

**Jeremy Fialko** *Redburn Partners - Analyst*

**Rosie Edwards** *Goldman Sachs - Analyst*

**Chas Manso** *Societe Generale - Analyst*

**Charles Pick** *Numis Securities - Analyst*

**Toby McCullagh** *Citi - Analyst*

**Guillaume Delmas** *Nomura - Analyst*

**Charlie Mills** *Credit Suisse - Analyst*

## PRESENTATION

**Operator**

Good day, and welcome to the Q3 2014 IMS RB conference call. Today's conference is being recorded.

At this time, I would like to turn the conference over to Mr. Rakesh Kapoor. Please go ahead, sir.

---

**Rakesh Kapoor** *- Reckitt Benckiser Group Plc - CEO*

Good morning, and welcome to RB's third quarter results conference call. Adrian Hennah, our CFO, and I will take you through a summary of today's announcement, and then we'll be pleased to take your questions.

Remember, this is a trading update only and our announcement is, therefore, an interim management statement, rather than a full set of results.

I would like to quickly give you an overall picture of how I see our business and the key messages I want you to take away from this call. Firstly, let me give you some context around the current environment, as we see.

Group has not yet returned to developed market, and emerging markets, in aggregate, are weaker. India market growth is well below the rate seen in recent years.

In Brazil, the post-World Cup bounce back in consumer staples has not materialized, and the consumer and trade environment is weaker than just 12 months ago.

Thailand and Malaysia have experienced significant downturns, and the Middle East market show a mixed picture.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2014 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

