# Exhibit D



# Director/PDMR Shareholding

Released : 24/12/2014 07:00

RNS Number : 6846A
Indivior PLC
24 December 2014

**Indivior PLC**
**("the Company")**

**NOTIFICATION OF TRANSACTIONS OF DIRECTORS, PERSONS DISCHARGING MANAGERIAL RESPONSIBILITY OR CONNECTED PERSONS**

In accordance with Disclosure and Transparency Rule 3.1.4R(1), the Company announces that notification was received on 23 December 2014 that, Shaun Thaxter, the Chief Executive Officer of the Company acquired the following interests in ordinary shares of US2.00 each ("Ordinary Shares") in the Company on 23 December 2014:

| Number of Ordinary Shares purchased | Price per Ordinary Share |
|---|---|
| 10,000 | 112p |
| 10,000 | 141p |
| 10,000 | 146p |

As a result of the above, Shaun Thaxter now has an interest in 84,724 Ordinary Shares.

END

This information is provided by RNS
The company news service from the London Stock Exchange

END

RDSPGGMAPUPCUQC



# Director/PDMR Shareholding

Released : 31/12/2014 13:18

RNS Number : 0772B
Indivior PLC
31 December 2014

## Indivior PLC
## ("the Company")

**NOTIFICATION OF TRANSACTIONS OF DIRECTORS, PERSONS DISCHARGING MANAGERIAL RESPONSIBILITY OR CONNECTED PERSONS**

In accordance with Disclosure and Transparency Rule 3.1.4R(1), the Company announces that notification was received today, 31 December 2014 that, Shaun Thaxter, the Chief Executive Officer of the Company acquired the following interests in ordinary shares of US2.00 each ("Ordinary Shares") in the Company on 31 December 2014:

| Number of Ordinary Shares purchased | Price per Ordinary Share |
| --- | --- |
| 20,000 | £1.4187 |
| 5,276 | £1.4187 |

As a result of the above, Shaun Thaxter now has an interest in 110,000 Ordinary Shares.

Contact:

Lola Emetulu
Company Secretary
Tel. +44 (0)1753 217800

This information is provided by RNS
The company news service from the London Stock Exchange

END


RDSWGGCGPUPCGWG



# Director/PDMR Shareholding

Released : 12/02/2015 07:00

RNS Number : 6937E
Indivior PLC
12 February 2015

**Indivior PLC**
**("the Company")**

**NOTIFICATION OF TRANSACTIONS OF DIRECTORS, PERSONS DISCHARGING MANAGERIAL RESPONSIBILITY OR CONNECTED PERSONS**

In accordance with Disclosure and Transparency Rule 3.1.4R(1), the Company announces that notification was received on 11 February 2015 that, Shaun Thaxter, the Chief Executive Officer of the Company acquired the following interests in ordinary shares of US0.10 each ("Ordinary Shares") in the Company on 11 February 2015:

| Number of Ordinary Shares purchased | Price per Ordinary Share |
| --- | --- |
| 10,000 | 151.20p |
| 10,000 | 163.36p |
| 10,000 | 162.24p |
| 10,000 | 161.33p |
| 10,000 | 162.80p |

As a result of the above, Shaun Thaxter now has an interest in 160,000 Ordinary Shares.

END

This information is provided by RNS
The company news service from the London Stock Exchange

END

RDSGGURAPUPAGBG



# Director/PDMR Shareholding

Released : 12/02/2015 17:18

RNS Number : 8040E
Indivior PLC
12 February 2015

**Indivior PLC**
**("the Company")**

**NOTIFICATION OF TRANSACTIONS OF DIRECTORS, PERSONS DISCHARGING
MANAGERIAL RESPONSIBILITY OR CONNECTED PERSONS**

In accordance with Disclosure and Transparency Rule 3.1.4R(1), the Company
announces that notification was received on 12 February 2015 that, Shaun Thaxter,
the Chief Executive Officer of the Company acquired an interest in 10,000 ordinary
shares of US0.10 each ("Ordinary Shares") in the Company on 12 February 2015.

As a result of the above, Shaun Thaxternow has an interest in 170,000 Ordinary
Shares.

END

This information is provided by RNS
The company news service from the London Stock Exchange

END

RDSGGUQGPUPAGMP



# Director/PDMR Shareholding

Released : 16/02/2015 17:25

RNS Number : 0560F
Indivior PLC
16 February 2015

## Indivior PLC
## ("the Company")

### NOTIFICATION OF TRANSACTIONS OF DIRECTORS, PERSONS DISCHARGING MANAGERIAL RESPONSIBILITY OR CONNECTED PERSONS

In accordance with Disclosure and Transparency Rule 3.1.4R(1), the Company announces that notification was received on 16 February 2015 that, Shaun Thaxter, the Chief Executive Officer of the Company acquired the following interests in ordinary shares of US0.10 each ("Ordinary Shares") in the Company on 16 February 2015:

| Number of Ordinary Shares purchased | Price per Ordinary Share |
| --- | --- |
| 10,000 | £161.75 |
| 10,000 | £161.75 |
| 10,000 | £163.69 |
| 10,000 | £161.75 |
| 10,000 | £162.99 |
| 10,000 | £162.99 |
| 10,000 | £161.75 |
| 10,000 | £161.78 |

As a result of the above, Shaun Thaxter now has an interest in 250,000 Ordinary Shares

END

This information is provided by RNS
The company news service from the London Stock Exchange

END

RDSGGUCPPUPAGMQ



# Director/PDMR Shareholding

Released : 16/02/2015 18:11

RNS Number : 0618F
Indivior PLC
16 February 2015

**Indivior PLC
(the "Company")**

**NOTIFICATION OF TRANSACTIONS OF DIRECTORS, PERSONS DISCHARGING MANAGERIAL RESPONSIBILITY OR CONNECTED PERSONS**

In accordance with Disclosure and Transparency Rule 3.1.4R(1), the Company announces that notification was received on 16 February 2015 that, Shaun Thaxter, the Chief Executive Officer of the Company acquired the following interests in ordinary shares of US0.10 each ("Ordinary Shares") in the Company on 16 February 2015:

| Number of Ordinary Shares purchased | Price per Ordinary Share |
|---|---|
| 10,000 | £161.57 |
| 10,000 | £161.59 |
| 10,000 | £161.19 |
| 10,000 | £161.28 |
| 10,000 | £161.39 |
| 25,000 | £161.59 |
| 25,000 | £162.65 |
| 25,000 | £162.51 |
| 25,000 | £163.18 |
| 25,000 | £163.16 |

As a result of the above, Shaun Thaxter now has an interest in 425,000 Ordinary Shares

Director/PDMR Shareholding

END

This information is provided by RNS
The company news service from the London Stock Exchange

END

RDSGGUUGPUPAGRQ



# Director/PDMR Shareholding

Released : 27/03/2015 07:00

RNS Number : 6301I
Indivior PLC
27 March 2015

**Indivior PLC**
**("the Company")**

**NOTIFICATION OF TRANSACTIONS OF DIRECTORS, PERSONS DISCHARGING MANAGERIAL RESPONSIBILITY OR CONNECTED PERSONS**

In accordance with Disclosure and Transparency Rule 3.1.4R(1), the Company announces that notification was received on 26 March 2015 that, Shaun Thaxter, the Chief Executive Officer of the Company acquired the following interests in ordinary shares of US0.10 each ("Ordinary Shares") in the Company on 26 March 2015:

| Number of Ordinary Shares purchased | Price per Ordinary Share |
|---|---|
| 10,000 | 197.39p |
| 10,000 | 196.37p |
| 10,000 | 196.00p |
| 5,000 | 196.79p |
| 10,000 | 197.07p |

| | |
|---|---|
| 10,000 | 197.17p |

As a result of the above, Shaun Thaxter now has an interest in 480,000 Ordinary Shares.

END

This information is provided by RNS
The company news service from the London Stock Exchange

END

RDSPGUBAWUPAGMQ



# Director/PDMR Shareholding

Released : 30/03/2015 07:00

RNS Number : 7761I
Indivior PLC
30 March 2015

**Indivior PLC**
**("the Company")**

**NOTIFICATION OF TRANSACTIONS OF DIRECTORS, PERSONS
DISCHARGING MANAGERIAL RESPONSIBILITY OR CONNECTED
PERSONS**

In accordance with Disclosure and Transparency Rule 3.1.4R(1), the
Company announces that notification was received on 27 March 2015 that
Shaun Thaxter, the Chief Executive Officer of the Company, acquired an
interest in 20,000 ordinary shares of US0.10 each ("Ordinary Shares") in
the Company on at price of 196p per Ordinary Share on 27 March 2015.

As a result of the above, Shaun Thaxter now has an interest in 500,000
Ordinary Shares.

END

This information is provided by RNS
The company news service from the London Stock Exchange

END


RDSPGUCPWUPAGMR



# Director/PDMR Shareholding

Released : 02/08/2016 15:05

RNS Number : 0295G
Indivior PLC
02 August 2016

### INDIVIOR PLC (the "Company")

The notifications set out below are provided in accordance with the requirements of the EU Market Abuse Regulation:

| 1. | Details of PDMR / person closely associated with them ('PCA') | |
|---|---|---|
| a) | Name | Mark Crossley |
| b) | Position / status | Chief Strategy Officer |
| c) | Initial notification / amendment | Initial Notification |
| 2. | Details of the issuer | |
| | Name | Indivior PLC |
| 3. | Details of the transaction(s): section to be repeated for (i) each type of instrument; (ii) each type of transaction; (iii) each date; and (iv) each place where transactions have been conducted | |
| a) | Description of the financial instrument | Ordinary Shares of US$0.10<br><br>ISIN:  GB00BRS65X63 |
| b) | Nature of the transaction | Acquisition of Ordinary Shares following the re-investment of dividends paid to shareholders on 29 July 2016 |
| c) | Price(s) and volume(s) | |

| Price(s) | Volume(s) |
|---|---|
| £2.999131 | 1,336 |

Director/PDMR Shareholding

| d) | Aggregated information<br><br>Aggregated volume Price | n/a (single transaction) |
|---|---|---|
| e) | Date of the transaction | 29/07/2016 |
| f) | Place of the transaction | London Stock Exchange, Main Market (XLON) |

| 1. | **Details of PDMR / person closely associated with them ('PCA')** | |
|---|---|---|
| a) | Name | Tony Goodman |
| b) | Position / status | Chief Business Development Officer |
| c) | Initial notification / amendment | Initial Notification |
| 2. | **Details of the issuer** | |
| | Name | Indivior PLC |
| 3. | **Details of the transaction(s): section to be repeated for (i) each type of instrument; (ii) each type of transaction; (iii) each date; and (iv) each place where transactions have been conducted** | |
| a) | Description of the financial instrument | Ordinary Shares of US$0.10<br><br>ISIN: GB00BRS65X63 |
| b) | Nature of the transaction | Acquisition of Ordinary Shares following the re-investment of dividends paid to shareholders on 29 July 2016 |

| c) | Price(s) and volume(s) | Price(s) | Volume(s) |
|---|---|---|---|
| | | £2.999131 | 1,336 |

| d) | Aggregated information<br><br>Aggregated volume Price | n/a (single transaction) |
|---|---|---|
| e) | Date of the transaction | 29/07/2016 |

| f) | Place of the transaction | London Stock Exchange, Main Market (XLON) |
|----|--------------------------|-------------------------------------------|

| 1. | **Details of PDMR / person closely associated with them ('PCA')** | |
|----|----|----|
| a) | Name | Dr Christian Heidbreder |
| b) | Position / status | Chief Scientific Officer |
| c) | Initial notification / amendment | Initial Notification |
| 2. | **Details of the issuer** | |
|  | Name | Indivior PLC |
| 3. | **Details of the transaction(s): section to be repeated for (i) each type of instrument; (ii) each type of transaction; (iii) each date; and (iv) each place where transactions have been conducted** | |
| a) | Description of the financial instrument | Ordinary Shares of US$0.10<br><br>ISIN:  GB00BRS65X63 |
| b) | Nature of the transaction | Acquisition of Ordinary Shares following the re-investment of dividends paid to shareholders on 29 July 2016 |
| c) | Price(s) and volume(s) | |
| d) | Aggregated information<br><br>Aggregated volume Price | n/a (single transaction) |
| e) | Date of the transaction | 29/07/2016 |
| f) | Place of the transaction | London Stock Exchange, Main Market (XLON) |

Row c) detail:

| Price(s) | Volume(s) |
|----------|-----------|
| £2.999131 | 1,336 |

| 1. | **Details of PDMR / person closely associated with them ('PCA')** |
|----|----|

| a) | Name | A Thomas McLellan |
|---|---|---|
| b) | Position / status | Non-Executive Director |
| c) | Initial notification / amendment | Initial Notification |
| **2.** | **Details of the issuer** | |
| | Name | Indivior PLC |
| **3.** | **Details of the transaction(s): section to be repeated for (i) each type of instrument; (ii) each type of transaction; (iii) each date; and (iv) each place where transactions have been conducted** | |
| a) | Description of the financial instrument | Ordinary Shares of US$0.10 ISIN: GB00BRS65X63 |
| b) | Nature of the transaction | Acquisition of Ordinary Shares following the re-investment of dividends paid to shareholders on 29 July 2016 |

| c) | Price(s) and volume(s) | Price(s) | Volume(s) |
|---|---|---|---|
| | | £2.999131 | 143 |

| d) | Aggregated information Aggregated volume Price | n/a (single transaction) |
|---|---|---|
| e) | Date of the transaction | 29/07/2016 |
| f) | Place of the transaction | London Stock Exchange, Main Market (XLON) |

| **1.** | **Details of PDMR / person closely associated with them ('PCA')** | |
|---|---|---|
| a) | Name | Lorna Parker |
| b) | Position / status | Non-Executive Director |
| c) | Initial notification / amendment | Initial Notification |
| **2.** | **Details of the issuer** | |

Director/PDMR Shareholding

| | Name | Indivior PLC |
|---|---|---|
| 3. | **Details of the transaction(s): section to be repeated for (i) each type of instrument; (ii) each type of transaction; (iii) each date; and (iv) each place where transactions have been conducted** | |
| a) | Description of the financial instrument | Ordinary Shares of US$0.10 <br><br> ISIN: GB00BRS65X63 |
| b) | Nature of the transaction | Acquisition of Ordinary Shares following the re-investment of dividends paid to shareholders on 29 July 2016 |
| c) | Price(s) and volume(s) | <table><tr><td>Price(s)</td><td>Volume(s)</td></tr><tr><td>£2.999131</td><td>114</td></tr></table> |
| d) | Aggregated information <br><br> Aggregated volume Price | n/a (single transaction) |
| e) | Date of the transaction | 29/07/2016 |
| f) | Place of the transaction | London Stock Exchange, Main Market (XLON) |

| | | |
|---|---|---|
| 1. | **Details of PDMR / person closely associated with them ('PCA')** | |
| a) | Name | Daniel Phelan |
| b) | Position / status | Non-Executive Director |
| c) | Initial notification / amendment | Initial Notification |
| 2. | **Details of the issuer** | |
| | Name | Indivior PLC |
| 3. | **Details of the transaction(s): section to be repeated for (i) each type of instrument; (ii) each type of transaction; (iii) each date; and (iv) each place where transactions have been conducted** | |
| a) | Description of the financial | Ordinary Shares of US$0.10 |

Director/PDMR Shareholding

| | | |
|---|---|---|
| | instrument | ISIN: GB00BRS65X63 |
| b) | Nature of the transaction | Acquisition of Ordinary Shares following the re-investment of dividends paid to shareholders on 29 July 2016 |

| c) | Price(s) and volume(s) | Price(s) | Volume(s) |
|---|---|---|---|
| | | £2.999131 | 193 |

| | | |
|---|---|---|
| d) | Aggregated information<br><br>Aggregated volume Price | n/a (single transaction) |
| e) | Date of the transaction | 29/07/2016 |
| f) | Place of the transaction | London Stock Exchange, Main Market (XLON) |

| 1. | Details of PDMR / person closely associated with them ('PCA') | |
|---|---|---|
| a) | Name | Javier Rodriguez |
| b) | Position / status | Chief Legal Officer |
| c) | Initial notification / amendment | Initial Notification |
| 2. | Details of the issuer | |
| | Name | Indivior PLC |
| 3. | Details of the transaction(s): section to be repeated for (i) each type of instrument; (ii) each type of transaction; (iii) each date; and (iv) each place where transactions have been conducted | |
| a) | Description of the financial instrument | Ordinary Shares of US$0.10<br><br>ISIN: GB00BRS65X63 |
| b) | Nature of the transaction | Acquisition of Ordinary Shares following the re-investment of dividends paid to shareholders on 29 July 2016 |

| c) | Price(s) and volume(s) | Price(s) | Volume(s) |
|---|---|---|---|
| | | £2.999131 | 208 |

| d) | Aggregated information<br><br>Aggregated volume Price | n/a (single transaction) |
|----|----|----|
| e) | Date of the transaction | 29/07/2016 |
| f) | Place of the transaction | London Stock Exchange, Main Market (XLON) |

| 1. | **Details of PDMR / person closely associated with them ('PCA')** | |
|----|----|----|
| a) | Name | Richard Simkin |
| b) | Position / status | Chief Commercial Officer |
| c) | Initial notification / amendment | Initial Notification |
| 2. | **Details of the issuer** | |
| | Name | Indivior PLC |
| 3. | **Details of the transaction(s): section to be repeated for (i) each type of instrument; (ii) each type of transaction; (iii) each date; and (iv) each place where transactions have been conducted** | |
| a) | Description of the financial instrument | Ordinary Shares of US$0.10<br><br>ISIN: GB00BRS65X63 |
| b) | Nature of the transaction | Acquisition of Ordinary Shares following the re-investment of dividends paid to shareholders on 29 July 2016 |

| c) | Price(s) and volume(s) | Price(s) | Volume(s) |
|----|----|----|----|
| | | £2.999131 | 4,056 |

| d) | Aggregated information<br><br>Aggregated volume Price | n/a (single transaction) |
|----|----|----|
| e) | Date of the | 29/07/2016 |

Director/PDMR Shareholding

| | transaction | |
|---|---|---|
| f) | Place of the transaction | London Stock Exchange, Main Market (XLON) |

| 1. | **Details of PDMR / person closely associated with them ('PCA')** | |
|---|---|---|
| a) | Name | Frank Stier |
| b) | Position / status | Chief Supply Officer |
| c) | Initial notification / amendment | Initial Notification |
| 2. | **Details of the issuer** | |
| | Name | Indivior PLC |
| 3. | **Details of the transaction(s): section to be repeated for (i) each type of instrument; (ii) each type of transaction; (iii) each date; and (iv) each place where transactions have been conducted** | |
| a) | Description of the financial instrument | Ordinary Shares of US$0.10<br><br>ISIN: GB00BRS65X63 |
| b) | Nature of the transaction | Acquisition of Ordinary Shares following the re-investment of dividends paid to shareholders on 29 July 2016 |

| c) | Price(s) and volume(s) | Price(s) | Volume(s) |
|---|---|---|---|
| | | £2.999131 | 423 |

| | | |
|---|---|---|
| d) | Aggregated information<br><br>Aggregated volume Price | n/a (single transaction) |
| e) | Date of the transaction | 29/07/2016 |
| f) | Place of the transaction | London Stock Exchange, Main Market (XLON) |

| 1. | **Details of PDMR / person closely associated with them ('PCA')** |
|---|---|

| a) | Name | Shaun Thaxter |
|---|---|---|
| b) | Position / status | Chief Executive Officer |
| c) | Initial notification / amendment | Initial Notification |
| **2.** | **Details of the issuer** | |
| | Name | Indivior PLC |
| **3.** | **Details of the transaction(s): section to be repeated for (i) each type of instrument; (ii) each type of transaction; (iii) each date; and (iv) each place where transactions have been conducted** | |
| a) | Description of the financial instrument | Ordinary Shares of US$0.10<br><br>ISIN: GB00BRS65X63 |
| b) | Nature of the transaction | Acquisition of Ordinary Shares following the re-investment of dividends paid to shareholders on 29 July 2016 |
| c) | Price(s) and volume(s) | <table><tr><td>Price(s)</td><td>Volume(s)</td></tr><tr><td>£2.999131</td><td>8,082</td></tr></table> |
| d) | Aggregated information<br><br>Aggregated volume Price | n/a (single transaction) |
| e) | Date of the transaction | 29/07/2016 |
| f) | Place of the transaction | London Stock Exchange, Main Market (XLON) |

This information is provided by RNS
The company news service from the London Stock Exchange

END

Director/PDMR Shareholding

DSHUGUWURUPQGCP



# Director/PDMR Shareholding

Released : 15/05/2019 07:00

RNS Number : 0365Z
Indivior PLC
15 May 2019

**INDIVIOR PLC (THE 'COMPANY')**

**NOTIFICATION AND PUBLIC DISCLOSURE OF TRANSACTIONS BY PERSONS DISCHARGING MANAGERIAL RESPONSIBILITIES ('PDMR') AND PERSONS CLOSELY ASSOCIATED WITH THEM**

The Company has a sponsored Level 1 American Depositary Receipt ('ADR') facility in the United States, with each ADR representing five Ordinary Shares of US$0.10 each in the Company ('Shares'). ADRs are traded on the US over-the-counter ('OTC') market.

The Company announces that it received notification on May 13, 2019 that Daniel Phelan, Non-Executive Director, acquired 10,000 ADRs, representing 50,000 Shares at an average price of US$2.7794 per ADR. Following this transaction, Daniel Phelan has an interest in 60,318 Shares.

The Company also announces that it received notification on May 14, 2019 that Tatjana May, Non-Executive Director, acquired 22,309 Shares at a price of £0.445785 per Share. Following this transaction, Tatjana May has an interest in 22,309 Shares.

The Company also announces that it received notification on May 14, 2019 that Shaun Thaxter, Chief Executive Officer, acquired 100,000 Shares at a price of £0.446414 per Share. Following this transaction, Shaun Thaxter has an interest in 1,609,334 Shares.

| 1 | **Details of the person discharging managerial responsibilities / person closely associated** | |
|---|---|---|
| a) | Name | Daniel Phelan |
| 2 | **Reason for the notification** | |
| a) | Position/status | Non-Executive Director |
| b) | Initial notification /Amendment | Initial notification |
| 3 | **Details of the issuer, emission allowance market participant, auction platform, auctioneer or auction monitor** | |
| a) | Name | Indivior PLC |
| b) | LEI | 213800V3NCQTY7IED471 |
| 4 | **Details of the transaction(s): section to be repeated for (i) each type of instrument; (ii) each type of transaction; (iii) each date; and (iv) each place where transactions have been conducted** | |
| a) | Description of the financial instrument, type of instrument<br><br>Identification code | American Depositary Receipt ('ADR')<br>(note: 1 ADR is equivalent to 5 Ordinary Shares of US$0.10)<br><br>ISIN: US45579E1055 |

| b) | Nature of the transaction | Purchase of ADRs | |
|---|---|---|---|
| c) | Price(s) and volume(s) | | |
| | | Price(s) | Volume(s) |
| | | US$2.7794 | 10,000 |
| d) | Aggregated information<br><br>- Aggregated volume<br><br>- Price | | |
| e) | Date of the transaction | May 13, 2019 | |
| f) | Place of the transaction | OTC Market in the USA | |

| 1 | Details of the person discharging managerial responsibilities / person closely associated | |
|---|---|---|
| a) | Name | Tatjana May |
| **2** | **Reason for the notification** | |
| a) | Position/status | Non-Executive Director |
| b) | Initial notification /Amendment | Initial notification |
| **3** | **Details of the issuer, emission allowance market participant, auction platform, auctioneer or auction monitor** | |
| a) | Name | Indivior PLC |
| b) | LEI | 213800V3NCQTY7IED471 |
| **4** | **Details of the transaction(s): section to be repeated for (i) each type of instrument; (ii) each type of transaction; (iii) each date; and (iv) each place where transactions have been conducted** | |
| a) | Description of the financial instrument, type of instrument<br><br>Identification code | Ordinary Shares of US$0.10<br><br>ISIN: GB00BRS65X63 |
| b) | Nature of the transaction | Purchase of shares |

| c) | Price(s) and volume(s) | | |
|---|---|---|---|
| | | Price(s) | Volume(s) |
| | | GBP 0.445785 | 22,309 |
| d) | Aggregated information | N/A | |

|  |  |  |
|---|---|---|
|  | - Aggregated volume |  |
|  | - Price |  |
| e) | Date of the transaction | May 14, 2019 |
| f) | Place of the transaction | London Stock Exchange (XLON) |

| 1 | Details of the person discharging managerial responsibilities / person closely associated | |
|---|---|---|
| a) | Name | Shaun Thaxter |
| **2** | **Reason for the notification** | |
| a) | Position/status | Chief Executive Officer |
| b) | Initial notification /Amendment | Initial notification |
| **3** | **Details of the issuer, emission allowance market participant, auction platform, auctioneer or auction monitor** | |
| a) | Name | Indivior PLC |
| b) | LEI | 213800V3NCQTY7IED471 |
| **4** | **Details of the transaction(s): section to be repeated for (i) each type of instrument; (ii) each type of transaction; (iii) each date; and (iv) each place where transactions have been conducted** | |
| a) | Description of the financial instrument, type of instrument | Ordinary Shares of US$0.10 |
|  | Identification code | ISIN:  GB00BRS65X63 |
| b) | Nature of the transaction | Purchase of shares |
| c) | Price(s) and volume(s) | |

| Price(s) | Volume(s) |
|---|---|
| GBP 0.446414 | 100,000 |

|  |  |  |
|---|---|---|
| d) | Aggregated information | N/A |
|  | - Aggregated volume |  |
|  | - Price |  |
| e) | Date of the transaction | May 14, 2019 |
| f) | Place of the transaction | London Stock Exchange (XLON) |

This information is provided by RNS, the news service of the London Stock Exchange. RNS is approved by the Financial Conduct Authority to act as a Primary Information Provider in the United Kingdom. Terms and conditions relating to the use and distribution of this information may apply. For further information, please contact rns@lseg.com or visit www.rns.com.

END


DSHGGUGUAUPBPUC