UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x

CITY OF STERLING HEIGHTS POLICE &        :    Civil Action No. 1:20-cv-10041-PKC
FIRE RETIREMENT SYSTEM, Individually     :
and on Behalf of All Others Similarly Situated, :    CLASS ACTION
                                         :
            Plaintiff,                   :    DECLARATION OF ALAN I. ELLMAN IN
                                         :    SUPPORT OF PLAINTIFFS' OPPOSITION
    vs.                                  :    TO DEFENDANTS' MOTIONS TO
                                         :    DISMISS AND/OR STAY THE THIRD
RECKITT BENCKISER GROUP PLC,             :    AMENDED COMPLAINT
RAKESH KAPOOR, ADRIAN HENNAH,            :
SHAUN THAXTER and ADRIAN                 :
BELLAMY,                                 :
                                         :
            Defendants.                  :
                                         :
———————————————————— x

I, Alan I. Ellman, declare under penalty of perjury as follows:

I am a member of the law firm Robbins Geller Rudman & Dowd LLP, counsel to Lead Plaintiff City of Birmingham Retirement and Relief System, Plaintiff City of Sterling Heights Police & Fire Retirement System, and Plaintiff City of Pontiac General Employee's Retirement System in the above-captioned action and am admitted to practice before this Court. I respectfully submit this Declaration in Support of Plaintiffs' Opposition to Defendants' Motions to Dismiss and/or Stay the Third Amended Complaint.

1.     Attached hereto as Exhibit 1 is a true and correct copy of the Memorandum of Points and Authorities in Support of Defendants' Motion to Dismiss the Direct Purchaser Plaintiffs' Consolidated Amended Class Action Complaint filed in *In re Suboxone (Buprenorphine Hydrochloride and Naloxone) Antitrust Litigation*, No. 2:13-MD-02445-MSG (E.D. Pa.) (ECF No. 56-1).

2.        Attached hereto as Exhibit 2 is a true and correct copy of the Motions to Dismiss Order filed in *In re Suboxone (Buprenorphine Hydrochloride and Naloxone) Antitrust Litigation*, No. 2:13-MD-02445-MSG (E.D. Pa.) (ECF No. 98).

3.        Attached hereto as Exhibit 3 is a true and correct copy of the Notice of Voluntary Dismissal of Defendant Reckitt Benckiser Group, plc Pursuant to Rule 41(A) filed in *In re Suboxone (Buprenorphine Hydrochloride and Naloxone) Antitrust Litigation*, No. 2:13-MD-02445-MSG (E.D. Pa.) (ECF No. 155).

4.        Attached hereto as Exhibit 4 is a true and correct copy of an article published by *The Guardian* entitled "Company accused of cheating NHS," dated March 6, 2008.

5.        Attached hereto as Exhibit 5 is a true and correct copy of a chart describing Shaun Thaxter's compensation from 2014-2015.

6.        Attached hereto as Exhibit 6 is a true and correct copy of a chart describing the percentage of Reckitt's revenue and profit attributable to RBP.

7.        Attached hereto as Exhibit 7 is a true and correct copy of an article published by *The Guardian* entitled "Generic drug makers get green light to make Reckitt's heroin substitute," dated February 25, 2013.

8.        Attached hereto as Exhibit 8 is a true and correct copy of an article published by *The Telegraph* entitled "Reckitt loses bid to change US drug packaging rules; Reckitt Benckiser faces a threat from generic brands in the US after the drugs regulator rejected its call for stricter packaging for heroin addiction treatment," dated February 25, 2013.

9.        Attached hereto as Exhibit 9 is a true and correct copy of an article published by *The Times* entitled "Reckitt loses patent fight over heroin drug," dated February 25, 2013.

10.     Attached hereto as Exhibit 10 is a true and correct copy of an article published by *Law360* entitled "After Plaintiffs Win Verdict In Securities Class Actions," dated September 9, 2015.

DATED:  August 24, 2021

*/s/ Alan I. Ellman*
ALAN I. ELLMAN

## CERTIFICATE OF SERVICE

I, Alan I. Ellman, hereby certify that on August 24, 2021, I authorized a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice.



*/s/ Alan I. Ellman*
ALAN I. ELLMAN