# EXHIBIT 3

## UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re: SUBOXONE ANTITRUST LITIGATION** | **MDL No. 2445**<br><br>**Master Docket No. 2:13-md-2445-MSG** |
| **THIS DOCUMENT RELATES TO:**<br><br>**All Direct Purchaser Class Actions** | |

### NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT
### RECKITT BENCKISER GROUP PLC PURSUANT TO RULE 41(A)

Following the Court's April 14, 2014 Order on Defendants' Local Civil Rule 7.1(g)

Motion to Reconsider, and in accordance with Federal Rule of Civil Procedure 41(a), Direct

Purchaser Class Plaintiffs hereby voluntarily dismiss all claims against Defendant Reckitt

Benckiser Group, plc without prejudice.

Dated: April 27, 2015

Respectfully submitted,

/s/ Kimberly Hennings
Garwin Gerstein & Fisher LLP
Bruce E. Gerstein
Joseph Opper
Kimberly Hennings
88 Pine Street
New York, NY 10005
Tel: (212) 398-0055

*Liaison Counsel and Interim Co-Lead*
*Counsel for the Direct Purchaser*
*Class Plaintiffs*

Thomas M. Sobol
Lauren Barnes
Hagens Berman Sobol Shapiro LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Tel: (617) 482-3700

Peter Kohn
Joseph T. Lukens
Faruqi & Faruqi LLP
101 Greenwood Avenue, Suite 600
Jenkintown, PA 19046
Tel: (215) 277-5770

*Interim Co-Lead Counsel for the Direct*
*Purchaser Class Plaintiffs*

## **CERTIFICATE OF SERVICE**

I, Kimberly Hennings, hereby certify that on April 27, 2015, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/ Kimberly Hennings

Kimberly M. Hennings