# EXHIBIT 5

# Shaun Thaxter Compensation

| Year[1] | Base Salary | NEIP | Stock | Other | Total | Change |
|---|---|---|---|---|---|---|
| 2014 | $540,342 | $1,163,232 | 0 | $103,986 | $1,807,560 | N/A |
| 2015 | $730,000 | $1,379,700 | $4,278,400 | $188,600 | $6,576,700 | 234% |

[1]     *See* Indivior PLC Form 20-F at 80 (July 24, 2016), available at: http://34.195.48.181/wp-content/uploads/2016/07/14310-1-DZ.9-6613350-AsFiledPdfnHE.pdf; Richmond-area CEO median pay up 3 percent in 2015, RICHMOND TIMES-DISPATCH (June 15, 2015) available at: https://richmond.com/business/richmond-area-ceo-median-pay-up-3-percent-in-2015-altrias-barrington-is-top-paid/article_94880a98-afa2-5722-92a2-1f3b22ceb153.html; Richmond-area CEO pay, TOWNNEWS, available at https://bloximages.newyork1.vip.townnews.com/richmond.com/content/tncms/assets/v3/editorial/5/87/587e01b7-6df9-5777-b6e9-b9eb4b9d6938/576f3b9a2b431.pdf.pdf (citing Equilar, Inc., available at: www.equilar.com).