# EXHIBIT 6

# Percentage of Reckitt Revenue/Profits Attributable to RBP

| Annual Report[1] | RBP Net Revenue | Reckitt Net Revenue | Approx. Percentage of Reckitt Net Revenue | RBP Operating Profit | Reckitt Operating Profit | Approx. Percentage of Reckitt Operating Profit |
|---|---|---|---|---|---|---|
| 2010 | £737m | £8,453m | 9% | £531m | £2,130m | 24.9% |
| 2011 | £762m | £9,485m | 8% | £518m | £2,395m | 21.6% |
| 2012 | £837m | £9,567m | 9% | £536m | £2,435m | 22.0% |
| 2013 | £777m | £10,043m | 8% | £428m | £2,345m | 18.2% |

---

[1] Net revenue and operating profit inputs taken from corresponding Reckitt Annual Reports.