# EXHIBIT 8

## _Reckitt loses bid to change US drug packaging rules; Reckitt Benckiser faces a threat from generic brands in the US after the drugs regulator rejected its call for stricter packaging for its heroin addiction treatment._

telegraph.co.uk

February 25, 2013 Monday 11:35 AM GMT

Copyright 2013 Telegraph Media Group Limited All Rights Reserved



**Section:** FINANCE

**Length:** 313 words

**Byline:** By Rebecca Clancy and agencies

# Body

The US Food and Drug Administration (FDA) approved generic production for the drug Suboxone, a treatment containing buprenorphine, for recovering heroin addicts.

The drug makes up a large part of the profits of the British company's pharmaceuticals division.

Reckitt, which said it was "disappointed" by the rejection of its petition, has said generics would eliminate as much as 90pc of tablet sales and up to 20pc of the newer film-strip version, which dissolves under the tongue and has captured a 64pc volume share in the U.S. Last year, Reckitt voluntarily withdrew the sale of Suboxone tablets in the US in favour of an individually sealed film version, citing a higher risk of children mistakenly getting their hands on the tablets.

With the entry of generic competitors, it has been campaigning to persuade the FDA to adopt more stringent packaging standards and better education for all manufacturers of the drug.

However, the FDA found that existing programmes were sufficient, Reckitt said on Monday, and had approved two generic versions of Suboxone in the U.S.

The shadow of competition to Suboxone has hung over the Slough-based company since it lost US patent protection in 2009.

The pharmaceuticals unit generated 21pc of profit last year, and analysts today reduced their 2013 profit estimates by as much as 4 percent.

"The direct risks are now those of a generic takeover of the tablet segment and substitution of film by generics," said analysts at Investec, cutting their stance on Reckitt's shares to 'sell' from a previous 'hold'.

"But it also feels like the FDA's patience has been tested."

Reckitt loses bid to change US drug packaging rules; Reckitt Benckiser faces a threat from generic brands in the US after the drugs regulator rejected its call ....

Investec estimates that the tablets in the US represented around 5pc of Reckitt's group profits in 2012 and film a further 10 percent.

Shares in Reckitt - which have had a strong run recently, up around 20pc since October - opened down 3.9pc at 4,340 pence on Monday.

**Load-Date:** February 25, 2013

---

End of Document