# EXHIBIT 9

## _Reckitt loses patent fight over heroin drug_

thetimes.co.uk

February 25, 2013 Monday 3:02 PM GMT

Copyright 2013 News International Ltd All Rights Reserved



**Section:** HEALTH

**Length:** 564 words

**Byline:** Deirdre Hipwell

## Body

**Reckitt Benckiser** has lost a battle to protect its Suboxone heroin-dependency treatment from generic competition after the US Food and Drug Administration approved two variants of the drug.

The company will now face competition for the first time since it lost the exclusive patent and marketing rights on Suboxone tablets in 2009.

Reckitt had filed a Citizen Petition in the US calling for rival manufacturers to include more safety measures to prevent the Suboxone tablets being accidentally consumed by children. It said that it was voluntarily withdrawing its own tablets because of the potential risk to young children and instead focusing on producing its alternative version of Suboxone - an under-the-tongue film strip which is still protected by patent until 2022.

However, its competitors claimed that petition was aimed at trying to encourage US doctors to prescribe its patent-protected strip substitute rather than the pill version while raising the barriers to entry for new participants.

On Friday, the FDA denied Reckitt's Citizen petition and also referred the company to the US Federal Trade Commission to determine if the company has engaged in anti-competitive practices. In a letter sent to Reckitt, the FDA said: "While Reckitt has declared its intention to withdraw Suboxone tablets from sale in the future, our understanding is that this product continues to be shipped and sold. Reckitt's own actions undermine, to some extent, its claims with respect to the severity of this safety issue.

"Commentators claim that the Petition is part of a pattern of anticompetitive behaviour on Reckitt's part intended to delay approval of generic versions of its products. The FDA is not denying Reckitt's Petition [because of anti-competitive behaviour]. The agency has, however, referred this matter to the Federal Trade Commission, which has the administrative tools and the expertise to investigate and address anticompetitive business practices."

Reckitt is now better known for its production of household goods such as Vanish, Finish, Dettol and Cillit Bang, and other products such as Durex condoms, but Suboxone is still a large contributor to profits.

Martin Deboo, an analyst at Investec, said Suboxone tablet sales in the US contributed about 5 per cent of the group's profits in 2012 with Suboxone film strips a further 10 per cent and said: "The direct risks are now those of a generic takeover of the tablet segment and substitution of film by generics in the cash payer segement - which is

Reckitt loses patent fight over heroin drug

about 20 per cent of its clients. But it also feels like the FDA's patience has been tested, which threatens a more supportive stance towards non-generic films from Titan and BDS [rival companies]."

Reckitt had previously flagged up that it would eventually lose its exclusivity in Suboxone, but its shares fell more than 3.5 per cent in early trading this morning on the news. The company said in a statement to the Stock Exchange: "Reckitt Benckiser is disappointed with the decision but will continue to work with the FDA on safety enhancements. The company remained committed to maintaining its own high level standards for safety, including the use of child-resistant, unit-dose packaging for its buprenorphine-based opiod dependent treatment products. It will therefore carry on with the decision to discontinue the sale of its loose tablet bottles of Suboxone in the US."

**Load-Date:** February 25, 2013

---

End of Document