Robbins Geller Rudman & Dowd LLP

Boca Raton
Chicago
Manhattan
Melville
Nashville
Philadelphia
San Diego
San Francisco
Washington, D.C.

Alan I. Ellman
aellman@rgrdlaw.com

October 7, 2021

VIA ECF

The Honorable P. Kevin Castel
United States District Judge
500 Pearl Street, Courtroom 11D
New York, New York 10007

Re: *City of Sterling Heights Police & Fire Retirement System v. Reckitt Benckiser Group plc, et al.*, No. 1:20-cv-10041-PKC (S.D.N.Y.)

Dear Judge Castel:

We represent Plaintiffs in the above-captioned action. We write to request leave to submit two short sur-reply expert declarations, copies of which are enclosed, in further opposition to Defendants' motions to dismiss the Third Amended Complaint. These expert declarations briefly respond to new arguments and mischaracterizations of the Declarations of David Lord, QC (ECF No. 104) and Thomas Lowe, QC (ECF No. 105) raised in the Reply Declaration of Stephen Midwinter, QC (ECF No. 107). "[C]ourts have broad discretion to consider arguments in a sur-reply." *Newton v. City of New York*, 738 F. Supp. 2d 397, 417 n.11 (S.D.N.Y. 2010). There is no scheduled conference before the Court.

We thank the Court for its consideration in this matter.

Respectfully Submitted,

*/s/ Alan I. Ellman*

Alan I. Ellman

cc: All Counsel of Record (via ECF)

58 South Service Road Suite 200 Melville, NY 11747 Tel 631-367-7100 Fax 631-367-1173 rgrdlaw.com