UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____ x

CITY OF STERLING HEIGHTS POLICE   :   Civil Action No. 1:20-cv-10041-PKC
FIRE RETIREMENT SYSTEM, Individually  :
and on Behalf of All Others Similarly Situated,  :   <u>CLASS ACTION</u>
  :
             Plaintiff,  :
  :
       vs.  :
  :
RECKITT BENCKISER GROUP PLC,  :
RAKESH KAPOOR and SHAUN THAXTER,  :
  :
             Defendants.  :
  :

_____ x

**<u>PLAINTIFFS' NOTICE OF MOTION FOR LEAVE TO AMEND AND JOIN
ADDITIONAL PARTY</u>**

**TO:    THE CLERK OF THE COURT, ALL PARTIES, AND THEIR RESPECTIVE
ATTORNEYS OF RECORD**

PLEASE TAKE NOTICE that Lead Plaintiff City of Birmingham Retirement and Relief

System ("Birmingham") and Plaintiff City of Sterling Heights Police & Fire Retirement System

("Sterling Heights," and together with Birmingham, "Plaintiffs") will respectfully move this Court,

on a date and time designated by the Court, before the Honorable P. Kevin Castel, at the United

States District Court for the Southern District of New York, located at the Daniel Patrick Moynihan

United States Courthouse, 500 Pearl Street, Courtroom 11D, New York, New York 10007, for an

Order granting Plaintiffs' Motion for Leave to Amend and Join Additional Party pursuant to

Federal Rule of Civil Procedure 15(a).  This motion is supported by the accompanying

memorandum of law, the Declaration of Alan I. Ellman and the exhibits annexed thereto, and such

other written or oral argument as may be permitted by the Court.

DATED:  June 21, 2022

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
MARIO ALBA JR.
ALAN I. ELLMAN
CHRISTOPHER T. GILROY
SARAH E. DELANEY


_/s/ Samuel H. Rudman_
SAMUEL H. RUDMAN

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631-367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
malba@rgrdlaw.com
aellman@rgrdlaw.com
cgilroy@rgrdlaw.com
sdelaney@rgrdlaw.com

_Lead Counsel for Lead Plaintiff_

VANOVERBEKE, MICHAUD &
  TIMMONY, P.C.
THOMAS C. MICHAUD
79 Alfred Street
Detroit, MI  48201
Telephone:  313/578-1200
313/578-1201 (fax)
tmichaud@vmtlaw.com

_Additional Counsel_

## CERTIFICATE OF SERVICE

I, Samuel H. Rudman, hereby certify that on June 21, 2022, I authorized a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice.

*/s/ Samuel H. Rudman*
SAMUEL H. RUDMAN