UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————— x

CITY OF STERLING HEIGHTS POLICE & :    Civil Action No. 1:20-cv-10041-PKC
FIRE RETIREMENT SYSTEM, Individually :
and on Behalf of All Others Similarly Situated, :    CLASS ACTION
                                        :
                Plaintiff,    :
                                        :
    vs.                                     :
                                        :
RECKITT BENCKISER GROUP PLC,    :
RAKESH KAPOOR and SHAUN THAXTER, :
                                        :
             Defendants.    :
                                        :

———————————————————————— x

## DECLARATION OF ALAN I. ELLMAN IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO AMEND AND JOIN ADDITIONAL PARTY

I, ALAN I. ELLMAN, declare under penalty of perjury pursuant to 28 U.S.C. §1746 as follows:

1.       I am a partner with the law firm of Robbins Geller Rudman & Dowd LLP, attorneys for Lead Plaintiff City of Birmingham Retirement and Relief System and Plaintiff City of Sterling Heights Police & Fire Retirement System (collectively, "Plaintiffs") in the above-captioned action. I respectfully submit this Declaration in support of Plaintiffs' Motion for Leave to Amend and Join Additional Party.

2.       Attached hereto as Exhibit 1 is a true and correct copy of the [Proposed] Fourth Amended Complaint.

3.       Attached hereto as Exhibit 2 is a true and correct copy of a redline comparison of the [Proposed] Fourth Amended Complaint to the Third Amended Complaint filed in this action on March 26, 2021 (ECF No. 82).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on June 21, 2022, at Melville, New York.

- 1 -

- 2 -

DATED:  June 21, 2022

_/s/ Alan I. Ellman_
ALAN I. ELLMAN

## CERTIFICATE OF SERVICE

I, Alan I. Ellman, hereby certify that on June 21, 2022, I authorized a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice.

/s/ Alan I. Ellman
ALAN I. ELLMAN