UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————— x

CITY OF STERLING HEIGHTS POLICE &  :  Civil Action No. 1:20-cv-10041-PKC
FIRE RETIREMENT SYSTEM, Individually  :
and on Behalf of All Others Similarly Situated, :  CLASS ACTION
                                               :
              Plaintiff,                        :  **DECLARATION OF ALAN I. ELLMAN**
                                               :  **IN SUPPORT OF PLAINTIFFS' MOTION**
     vs.                                        :  **FOR CLASS CERTIFICATION AND**
                                               :  **APPOINTMENT OF CLASS**
RECKITT BENCKISER GROUP PLC,           :  **REPRESENTATIVES AND CLASS**
RAKESH KAPOOR, and SHAUN               :  **COUNSEL**
THAXTER,                                :
                                               :
              Defendants.                       :
                                               :
———————————————————————— x

I, Alan I. Ellman, declare under penalty of perjury pursuant to 28 U.S.C. §1746 as follows:

1.      I am a member of the Bar of the State of New York.  I am a partner in the firm Robbins Geller Rudman & Dowd LLP, counsel to Plaintiffs City of Birmingham Retirement and Relief System and City of Sterling Heights Police & Fire Retirement System (collectively, "Plaintiffs" or "Proposed Class Representatives"), in the above-captioned action and am admitted to practice before this Court.  I respectfully submit this Declaration in Support of Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel.

2.      Attached hereto are true and correct copies of the following exhibits:

Exhibit A:    Report on Market Efficiency and Damages Methodology by Professor Steven P. Feinstein, PH.D., CFA, dated October 28, 2022.

Exhibit B:    Declaration of Otis Luke in Support of Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel.

Exhibit C:    Declaration of Randall Schwarb in Support of Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel.

Exhibit D:    Robbins Geller Rudman & Dowd LLP Firm Résumé.

3.      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on October 28, 2022, at Melville, New York.

DATED:  October 28, 2022

                                        _____
                                        */s/ Alan I. Ellman*
                                        ALAN I. ELLMAN