# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————— x

CITY OF STERLING HEIGHTS POLICE     :   Civil Action No. 1:20-cv-10041-PKC
FIRE RETIREMENT SYSTEM, Individually   :
and on Behalf of All Others Similarly Situated, :    CLASS ACTION
                                  :
            Plaintiff,      :
                                  :
    vs.                           :
                                  :
RECKITT BENCKISER GROUP PLC,     :
RAKESH KAPOOR, and SHAUN         :
THAXTER,                         :
                                  :
            Defendants.    :
                                  :

———————————————————————— x

**DECLARATION OF OTIS LUKE IN SUPPORT OF
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF
CLASS REPRESENTATIVES AND CLASS COUNSEL**

I, Otis Luke, declare as follows:

1.     I submit this declaration in support of Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel. I have personal knowledge of the statements herein and, if called upon as a witness, could and would competently testify thereto.

2.     I am a board member of the City of Birmingham Retirement and Relief System ("Birmingham"), which oversees approximately $1 billion in assets for the benefit of thousands of current and retired public employees for the City of Birmingham, Alabama. In my capacity as a board member, I have been responsible for assisting in overseeing this litigation on behalf of Birmingham.

3.     Birmingham purchased Reckitt American Depositary Shares during the period between from July 28, 2014 through April 9, 2019, inclusive. *See* ECF Nos. 20-4, 20-5. Birmingham is a plaintiff in this Action, and now seeks appointment as a class representative.

4.      Birmingham understands that the Private Securities Litigation Reform Act of 1995 was intended to encourage institutional investors to direct securities class actions.  Should Birmingham be appointed as a class representative, Birmingham, as an institutional investor, is committed to vigorously prosecuting this litigation.

5.      Birmingham has reviewed and monitored the progress of this litigation and has overseen the efforts of Lead Counsel Robbins Geller Rudman & Dowd LLP ("Robbins Geller").  For example,  Birmingham has been kept informed, through Robbins Geller, of significant aspects of this case, including the filing of a third amended complaint with a comprehensive set of claims, the defending of those claims through motion to dismiss briefing, and ongoing discovery efforts. Birmingham has also participated in discussions with counsel regarding the litigation and has gathered and produced documents.

6.      If it is appointed as a class representative, Birmingham will continue to actively direct this litigation in order to maximize the recovery for the proposed Class.  Birmingham understands that it owes a duty to the members of the proposed class to provide fair and adequate representation and will continue to work with Robbins Geller to obtain the largest recovery for the class consistent with good faith, sound judgment, and meritorious advocacy.

7.      Birmingham intends to continue to provide fair and adequate representation by, among other things, working with Robbins Geller.

8.      Birmingham selected Robbins Geller as proposed class counsel based on the Firm's substantial experience and expertise in prosecuting securities class actions.  Further, Birmingham believes that Robbins Geller has the necessary financial and human resources to prosecute this case effectively, as it has to date.

- 2 -

I declare, pursuant to the laws of the United States of America, that the foregoing is true and correct.

Executed this _25_ day of October, 2022, in _BIRMINGHAM, AL_            .

_____

OTIS LUKE, BOARD MEMBER