# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————— x

CITY OF STERLING HEIGHTS POLICE   :   Civil Action No. 1:20-cv-10041-PKC
FIRE RETIREMENT SYSTEM, Individually  :
and on Behalf of All Others Similarly Situated, :   <u>CLASS ACTION</u>
                                                        :

                Plaintiff,        :

     vs.                      :

RECKITT BENCKISER GROUP PLC,    :
RAKESH KAPOOR, and SHAUN       :
THAXTER,                      :

            Defendants.    :

———————————————————————— x

**DECLARATION OF RANDALL SCHWARB IN SUPPORT OF
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF
CLASS REPRESENTATIVES AND CLASS COUNSEL**

I, Randall Schwarb, declare as follows:

1.      I submit this declaration in support of Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel. I have personal knowledge of the statements herein and, if called upon as a witness, could and would competently testify thereto.

2.      I am a Trustee for City of Sterling Heights Police & Fire Retirement System ("Sterling Heights"), which provides pension benefits to hundreds of city police officers and fire fighters in Sterling Heights, Michigan and their beneficiaries, with over $200 million in assets under management. In my capacity as Trustee, I have been responsible for assisting in overseeing this litigation on behalf of Sterling Heights.

3.      Sterling Heights purchased Reckitt American Depositary Shares during the period between from July 28, 2014 through April 9, 2019, inclusive. *See* ECF No. 1-2. Sterling Heights is a plaintiff in this Action, and now seeks appointment as a class representative.

4.      Sterling Heights understands that the Private Securities Litigation Reform Act of 1995 was intended to encourage institutional investors to direct securities class actions.  Should Sterling Heights be appointed as a class representative, Sterling Heights, as an institutional investor, is committed to vigorously prosecuting this litigation.

5.      Sterling Heights has reviewed and monitored the progress of this litigation and has overseen the efforts of Lead Counsel Robbins Geller Rudman & Dowd LLP ("Robbins Geller").  For example, Sterling Heights has been kept informed, through Robbins Geller, of significant aspects of this case, including the filing of a third amended complaint with a comprehensive set of claims, the defending of those claims through motion to dismiss briefing, and ongoing discovery efforts. Sterling Heights has also participated in discussions with counsel regarding the litigation and has gathered and produced documents.

6.      If it is appointed as a class representative, Sterling Heights will continue to actively direct this litigation in order to maximize the recovery for the proposed Class.  Sterling Heights understands that it owes a duty to the members of the proposed class to provide fair and adequate representation and will continue to work with Robbins Geller to obtain the largest recovery for the class consistent with good faith, sound judgment, and meritorious advocacy.

7.      Sterling Heights intends to continue to provide fair and adequate representation by, among other things, working with Robbins Geller.

8.      Sterling Heights selected Robbins Geller as proposed class counsel based on the Firm's substantial experience and expertise in prosecuting securities class actions.  Further, Sterling Heights believes that Robbins Geller has the necessary financial and human resources to prosecute this case effectively, as it has to date.

- 3 -

I declare, pursuant to the laws of the United States of America, that the foregoing is true and correct.

Executed this __25th__ day of October, 2022, in Sterling Heights, MI

_____
RANDALL SCHWARB, TRUSTEE