December 20, 2022

<u>VIA ECF</u>

The Honorable P. Kevin Castel
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 11D
New York, New York 10007

> Re:    *City of Sterling Heights Police & Fire Ret. Sys. v. Reckitt Benckiser Grp. plc, et al.,*
>          No. 1:20-cv-10041-PKC (S.D.N.Y.)

Dear Judge Castel:

    We write on behalf of all parties in the above-captioned matter to inform the Court that the parties have reached an agreement in principle to resolve this litigation. The parties respectfully request that the Court hold all deadlines in abeyance for 60 days so they can document the settlement and present it to the Court for preliminary approval.

    We thank the Court for its attention to this matter.

Dated: December 20, 2022               Respectfully Submitted

*/s/ Timothy J. Perla*                      */s/ Alan I. Ellman*

**WILLIAM CUTLER PICKERING**       **ROBBINS GELLER RUDMAN**
    **HALE AND DORR LLP**                  **& DOWD LLP**
Timothy J. Perla                         Samuel H. Rudman
60 State Street                          Mario Alba, Jr.
Boston, MA  02109                  Alan I. Ellman
317/526-6000 (t)                      Christopher T. Gilroy
617/526-5000 (f)                      58 South Service Road, Suite 200
timothy.perla@wilmerHale.com      Melville, NY  11747
                                   631/367-7100 (t)
Michael G. Bongiorno             631/367-1173 (f)
7 World Trade Center             srudman@rgrdlaw.com
250 Greenwich Street             malba@rgrdlaw.com
New York, NY  10007            aellman@rgrdlaw.com
212/230-8800 (t)                      cgilroy@rgrdlaw.com
212/230-8888 (f)
michael.bongiorno@wilmerhale.com    *Lead Counsel for Lead Plaintiff*

December 20, 2022
Page 2


Jessica L. Lewis
1 Front Street, Suite 3500
San Francisco, CA  94111
628/235-1002 (t)
628/235-1001 (f)
jessica.lewis@wilmerhale.com


*Counsel for Defendants Reckitt Benckiser*
*Group PLC and Rakesh Kapoor*


**VANOVERBEKE, MICHAUD**
   **& TIMMONY, P.C.**
Thomas C. Michaud
79 Alfred Street
Detroit, MI  48201
313/578-1200 (t)
313/578-1201 (f)
tmichaud@vmtlaw.com


*Attorneys for Plaintiffs*


*/s/ Paul A. Straus*
**KING & SPALDING LLP**
Israel Dahan
Richard T. Marooney
Paul A. Straus
1185 Avenue of the Americas
New York, NY  10036
212/556-2100 (t)
212/556-2222 (f)
idahan@kslaw.com
rmarooney@kslaw.com
pstraus@kslaw.com

*Counsel for Defendant Shaun Thaxter*