UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————— x

CITY OF STERLING HEIGHTS POLICE &  :  Civil Action No. 1:20-cv-10041-PKC
FIRE RETIREMENT SYSTEM, Individually  :
and on Behalf of All Others Similarly Situated, :  CLASS ACTION

                        :

            Plaintiff,  :

                        :

    vs.  :

                        :

RECKITT BENCKISER GROUP PLC,  :
RAKESH KAPOOR and SHAUN THAXTER, :

            Defendants.  :

———————————————————————— x

### NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION FOR LEAVE TO AMEND AND JOIN ADDITIONAL PARTY

PLEASE TAKE NOTICE that Plaintiffs City of Birmingham Retirement and Relief System and City of Sterling Heights Police & Fire Retirement System hereby withdraw their Motion for Leave to Amend and Join Additional Party, filed in this Action on June 21, 2022 (ECF No. 122).

DATED:  December 21, 2022         Respectfully submitted,

                                       ROBBINS GELLER RUDMAN
                                        & DOWD LLP
                                        SAMUEL H. RUDMAN
                                        MARIO ALBA JR.
                                        ALAN I. ELLMAN
                                        CHRISTOPHER T. GILROY

                                        */s/ Samuel H. Rudman*
                                        SAMUEL H. RUDMAN

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631-367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
malba@rgrdlaw.com
aellman@rgrdlaw.com
cgilroy@rgrdlaw.com

*Lead Counsel for Lead Plaintiff*

VANOVERBEKE, MICHAUD &
  TIMMONY, P.C.
THOMAS C. MICHAUD
79 Alfred Street
Detroit, MI  48201
Telephone:  313/578-1200
313/578-1201 (fax)
tmichaud@vmtlaw.com

*Additional Counsel*