December 20, 2022

VIA ECF

*All deadlines are stayed until February 24, 2023. File motion for preliminary approval by that date.*
*SO ORDERED*
*/s/ P. Kevin Castel*
*USDJ 12-21-22*

The Honorable P. Kevin Castel
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 11D
New York, New York 10007

Re: *City of Sterling Heights Police & Fire Ret. Sys. v. Reckitt Benckiser Grp. plc, et al.*, No. 1:20-cv-10041-PKC (S.D.N.Y.)

Dear Judge Castel:

We write on behalf of all parties in the above-captioned matter to inform the Court that the parties have reached an agreement in principle to resolve this litigation. The parties respectfully request that the Court hold all deadlines in abeyance for 60 days so they can document the settlement and present it to the Court for preliminary approval.

We thank the Court for its attention to this matter.

Dated: December 20, 2022

Respectfully Submitted

/s/ Timothy J. Perla

**WILLIAM CUTLER PICKERING HALE AND DORR LLP**
Timothy J. Perla
60 State Street
Boston, MA 02109
317/526-6000 (t)
617/526-5000 (f)
timothy.perla@wilmerHale.com

Michael G. Bongiorno
7 World Trade Center
250 Greenwich Street
New York, NY 10007
212/230-8800 (t)
212/230-8888 (f)
michael.bongiorno@wilmerhale.com

/s/ Alan I. Ellman

**ROBBINS GELLER RUDMAN & DOWD LLP**
Samuel H. Rudman
Mario Alba, Jr.
Alan I. Ellman
Christopher T. Gilroy
58 South Service Road, Suite 200
Melville, NY 11747
631/367-7100 (t)
631/367-1173 (f)
srudman@rgrdlaw.com
malba@rgrdlaw.com
aellman@rgrdlaw.com
cgilroy@rgrdlaw.com

*Lead Counsel for Lead Plaintiff*

Case 1:20-cv-10041-PKC Document 155 Filed 12/20/22 Page 2 of 2

December 20, 2022
Page 2

Jessica L. Lewis
1 Front Street, Suite 3500
San Francisco, CA 94111
628/235-1002 (t)
628/235-1001 (f)
jessica.lewis@wilmerhale.com

*Counsel for Defendants Reckitt Benckiser Group PLC and Rakesh Kapoor*

/s/ Paul A. Straus
**KING & SPALDING LLP**
Israel Dahan
Richard T. Marooney
Paul A. Straus
1185 Avenue of the Americas
New York, NY 10036
212/556-2100 (t)
212/556-2222 (f)
idahan@kslaw.com
rmarooney@kslaw.com
pstraus@kslaw.com

*Counsel for Defendant Shaun Thaxter*

**VANOVERBEKE, MICHAUD & TIMMONY, P.C.**
Thomas C. Michaud
79 Alfred Street
Detroit, MI 48201
313/578-1200 (t)
313/578-1201 (f)
tmichaud@vmtlaw.com

*Attorneys for Plaintiffs*