UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————— x
CITY OF STERLING HEIGHTS POLICE &   :   Civil Action No. 1:20-cv-10041-PKC
FIRE RETIREMENT SYSTEM, Individually :
and on Behalf of All Others Similarly Situated, :   CLASS ACTION
:
Plaintiff,   :
:
vs.   :
:
RECKITT BENCKISER GROUP PLC,   :
RAKESH KAPOOR, and SHAUN   :
THAXTER,   :
:
Defendants.   :
:
———————————————————————— x

*In view of the anticipated motion for preliminary approval, the motion to certify and other relief is DENIED without prejudice. SO ORDERED.*

*[signature]*
*USDJ*
*1-3-23*

**PLAINTIFFS' NOTICE OF MOTION FOR CLASS CERTIFICATION AND
APPOINTMENT OF CLASS REPRESENTATIVES AND CLASS COUNSEL**

PLEASE TAKE NOTICE that Lead Plaintiff City of Birmingham Retirement and Relief System and Plaintiff City of Sterling Heights Police & Fire Retirement System (collectively, "Plaintiffs"), through their undersigned attorneys, will move this Court, before the Honorable P. Kevin Castel, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, at such date and time as the Court may designate, for an Order: (i) certifying this Action as a class action pursuant to Federal Rule of Civil Procedure 23; (ii) appointing Plaintiffs as Class Representatives; and (iii) appointing Lead Counsel Robbins Geller Rudman & Dowd LLP as Class Counsel. In support of this motion, Plaintiffs submit the accompanying Memorandum of Law, the Declaration of Alan I. Ellman and the exhibits attached thereto, and a [Proposed] Order, filed concurrently herewith.