Application GRANTED.
SO ORDERED.
Dated:  2/23/2023

*P. Kevin Castel*
P. Kevin Castel
United States District Judge

February 22, 2023

VIA ECF

The Honorable P. Kevin Castel
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 11D
New York, New York 10007

      Re:    *City of Sterling Heights Police & Fire Ret. Sys. v. Reckitt Benckiser Grp. plc, et al.*, No. 1:20-cv-10041-PKC (S.D.N.Y.)

Dear Judge Castel:

      We write on behalf of all parties in the above-captioned action. On December 21, 2022, the Court granted the parties' first request to hold all deadlines in abeyance until February 24, 2023, while the parties finalize the terms of a settlement agreement. ECF No. 155. [The parties respectfully request that the Court continue to stay this action until March 10, 2023, as the parties continue to finalize the terms of a settlement agreement.] As this action is a class action, the settlement will require the Court's approval. To that end, Plaintiffs anticipate filing a motion for preliminary approval of the settlement by March 10, 2023. There is currently no conference scheduled before the Court.

      We thank the Court for its attention to this matter.

Dated: February 22, 2023                    Respectfully Submitted

| */s/ Timothy J. Perla* | */s/ Alan I. Ellman* |
|---|---|
| **WILLIAM CUTLER PICKERING HALE AND DORR LLP** | **ROBBINS GELLER RUDMAN & DOWD LLP** |
| Timothy J. Perla | Samuel H. Rudman |
| 60 State Street | Mario Alba, Jr. |
| Boston, MA  02109 | Alan I. Ellman |
| 317/526-6000 (t) | Christopher T. Gilroy |
| 617/526-5000 (f) | 58 South Service Road, Suite 200 |
| timothy.perla@wilmerHale.com | Melville, NY  11747 |
| | 631/367-7100 (t) |
| Michael G. Bongiorno | 631/367-1173 (f) |
| 7 World Trade Center | srudman@rgrdlaw.com |
| 250 Greenwich Street | malba@rgrdlaw.com |
| New York, NY  10007 | aellman@rgrdlaw.com |
| 212/230-8800 (t) | cgilroy@rgrdlaw.com |
| 212/230-8888 (f) | |
| michael.bongiorno@wilmerhale.com | *Lead Counsel for Lead Plaintiff* |

February 22, 2023
Page 2

| | |
|---|---|
| Jessica L. Lewis<br>1 Front Street, Suite 3500<br>San Francisco, CA  94111<br>628/235-1002 (t)<br>628/235-1001 (f)<br>jessica.lewis@wilmerhale.com<br><br>*Counsel for Defendants Reckitt Benckiser Group PLC and Rakesh Kapoor* | **VANOVERBEKE, MICHAUD**<br>   **& TIMMONY, P.C.**<br>Thomas C. Michaud<br>79 Alfred Street<br>Detroit, MI  48201<br>313/578-1200 (t)<br>313/578-1201 (f)<br>tmichaud@vmtlaw.com<br><br>*Attorneys for Plaintiffs* |

*/s/ Paul A. Straus*
**KING & SPALDING LLP**
Israel Dahan
Richard T. Marooney
Paul A. Straus
1185 Avenue of the Americas
New York, NY  10036
212/556-2100 (t)
212/556-2222 (f)
idahan@kslaw.com
rmarooney@kslaw.com
pstraus@kslaw.com

*Counsel for Defendant Shaun Thaxter*