UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x

CITY OF STERLING HEIGHTS POLICE &    :    Civil Action No. 1:20-cv-10041-PKC
FIRE RETIREMENT SYSTEM, Individually    :
and on Behalf of All Others Similarly Situated, :    <u>CLASS ACTION</u>
                                 :
               Plaintiff,    :    PLAINTIFFS' NOTICE OF MOTION AND
                                 :    UNOPPOSED MOTION FOR
      vs.                              :    PRELIMINARY APPROVAL OF CLASS
                                 :    ACTION SETTLEMENT, CERTIFICATION
RECKITT BENCKISER GROUP PLC,    :    OF THE CLASS, AND APPROVAL OF
RAKESH KAPOOR, and SHAUN          :    NOTICE TO THE CLASS
THAXTER,                           :
                                 :
               Defendants.    :
                                 :

———————————————————— x

TO:     ALL PARTIES AND THEIR ATTORNEYS OF RECORD

       PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, the Stipulation

of Settlement with exhibits, and all prior pleadings and proceedings had herein, Lead Plaintiff City

of Birmingham Retirement and Relief System and Plaintiff City of Sterling Heights Police & Fire

Retirement System, by and through their attorneys, will move this Court, before the Honorable P.

Kevin Castel, United States District Judge, at the Daniel Patrick Moynihan United States

Courthouse, 500 Pearl Street, New York, New York 10007, at such date and time as the Court may

designate, for entry of the [Proposed] Order Granting Preliminary Approval Pursuant to Fed. R. Civ.

P. 23(e)(1) and Permitting Notice to the Class, agreed upon by all parties: (1) granting preliminary

approval of the proposed settlement; (2) certifying the Class for settlement purposes; (3) approving

the form and manner of notice of the proposed settlement to the Class; and (4) setting a hearing date

- 1 -

for final approval thereof, and a schedule for various deadlines relevant thereto.  Defendants do not

oppose the motion.

DATED:  March 10, 2023                    Respectfully submitted,

                                          ROBBINS GELLER RUDMAN
                                            & DOWD LLP
                                          SAMUEL H. RUDMAN
                                          MARIO ALBA JR.
                                          ALAN I. ELLMAN
                                          CHRISTOPHER T. GILROY


                                                    s/ Alan I. Ellman
                                          _____
                                                  ALAN I. ELLMAN

                                          58 South Service Road, Suite 200
                                          Melville, NY  11747
                                          Telephone:  631-367-7100
                                          Fax:  631-367-1173
                                          srudman@rgrdlaw.com
                                          malba@rgrdlaw.com
                                          aellman@rgrdlaw.com
                                          cgilroy@rgrdlaw.com

                                          ROBBINS GELLER RUDMAN
                                            & DOWD LLP
                                          ELLEN GUSIKOFF STEWART
                                          655 West Broadway, Suite 1900
                                          San Diego, CA  92101-8498
                                          Telephone:  619-231-1058
                                          Fax:  619-231-7423
                                          elleng@rgrdlaw.com

                                          Lead Counsel for Lead Plaintiff

4863-4432-9046.v1

VANOVERBEKE, MICHAUD &
   TIMMONY, P.C.
THOMAS C. MICHAUD
79 Alfred Street
Detroit, MI  48201
Telephone:  313-578-1200
Fax:  313-578-1201
tmichaud@vmtlaw.com

Additional Counsel

4863-4432-9046.v1

<u>CERTIFICATE OF SERVICE</u>

I, ALAN I. ELLMAN, hereby certify that on March 10, 2023, I authorized a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice.

s/ *Alan I. Ellman*
ALAN I. ELLMAN