UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x

CITY OF STERLING HEIGHTS POLICE &
FIRE RETIREMENT SYSTEM, Individually
and on Behalf of All Others Similarly Situated,

                           Plaintiff,

      vs.

RECKITT BENCKISER GROUP PLC,
RAKESH KAPOOR, and SHAUN
THAXTER,

                       Defendants.

: Civil Action No. 1:20-cv-10041-PKC

: CLASS ACTION

: LEAD COUNSEL'S NOTICE OF MOTION
: AND MOTION FOR AN AWARD OF
: ATTORNEYS' FEES AND EXPENSES AND
: AN AWARD TO LEAD PLAINTIFF
: PURSUANT TO 15 U.S.C. §78u-4(a)(4)

---------------------------------------------------------- x

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that Lead Counsel will move this Court on July 19, 2023, at 2:00 p.m., before the Honorable P. Kevin Castel at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, or as soon thereafter as the parties can be heard, for an entry of order, pursuant to Rule 23 of the Federal Rules of Civil Procedure: (i) awarding attorneys' fees; (ii) paying litigation expenses incurred in prosecuting the Action; and (iii) granting an award to Lead Plaintiff.[1]

This motion is based on: (i) the Memorandum of Law in Support of Lead Counsel's Motion for an Award of Attorneys' Fees and Expenses and an Award to Lead Plaintiff Pursuant to 15 U.S.C. §78u-4(a)(4); (ii) the Declaration of Alan I. Ellman in Support of: (1) Plaintiffs' Motion for Final

---

[1] Unless stated otherwise, all capitalized terms used herein have the meanings set forth and defined in the Stipulation of Settlement (ECF 162).

Approval of Class Action Settlement and Approval of Plan of Allocation; and (2) Lead Counsel's

Motion for an Award of Attorneys' Fees and Expenses and an Award to Lead Plaintiff Pursuant to

15 U.S.C. §78u-4(a)(4); (iii) the Declaration of Lead Plaintiff; (iv) the Declaration of Ross D.

Murray; (v) the Declaration of Lead Counsel; (vi) the Stipulation of Settlement; and (vii) all other

proceedings herein.

A proposed order will be submitted with Plaintiffs' reply submission on or before July 10,

2023.

DATED:  June 14, 2023                    Respectfully submitted,

                                         ROBBINS GELLER RUDMAN
                                           & DOWD LLP
                                         SAMUEL H. RUDMAN
                                         MARIO ALBA JR.
                                         ALAN I. ELLMAN
                                         CHRISTOPHER T. GILROY


                                                 *s/ Alan I. Ellman*
                                         ALAN I. ELLMAN

                                         58 South Service Road, Suite 200
                                         Melville, NY  11747
                                         Telephone:  631/367-7100
                                         631/367-1173 (fax)
                                         srudman@rgrdlaw.com
                                         malba@rgrdlaw.com
                                         aellman@rgrdlaw.com
                                         cgilroy@rgrdlaw.com

                                         ROBBINS GELLER RUDMAN
                                           & DOWD LLP
                                         ELLEN GUSIKOFF STEWART
                                         655 West Broadway, Suite 1900
                                         San Diego, CA  92101
                                         Telephone:  619/231-1058
                                         619/231-7423 (fax)
                                         elleng@rgrdlaw.com

                                         Lead Counsel for Plaintiffs

VANOVERBEKE, MICHAUD &
 TIMMONY, P.C.
THOMAS C. MICHAUD
79 Alfred Street
Detroit, MI  48201
Telephone:  313/578-1200
313/578-1201 (fax)
tmichaud@vmtlaw.com

Additional Counsel

CERTIFICATE OF SERVICE

I, ALAN I. ELLMAN, hereby certify that on June 14, 2023, I authorized a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice.

s/ *Alan I. Ellman*
ALAN I. ELLMAN