# EXHIBIT C

# TECHNOLOGY & MEDIA



Among the new shows Warner Bros. plans are a prequel to 'Game of Thrones,' Above, a scene from the final episode of the show.

# Warner's Max Service to Add New 'Game of Thrones' Series

By Joe Flint

**Warner Bros. Discovery** Inc. introduced "Max," its new streaming platform that will combine HBO content with Discovery+ fare and will eventually feature new shows including a "Harry Potter" series and a new "Game of Thrones" prequel.

The launch of the service, which will go live on May 23, is part of Chief Executive David Zaslav's strategy to rely heavily on the company's well-known intellectual property. Just as Walt Disney Co. has done with new "Star Wars" and Marvel series on its Disney+ service, Warner Bros. Discovery is betting that new content based on old franchises will drive interest in the service.

"This is our rendezvous with destiny," Mr. Zaslav said in detailing the new service on the Warner Bros. lot Wednesday. "It's streaming's version of must-see TV."

Among the new content in the works for Max is a television series based on the "Harry Potter" books by J.K. Rowling, who will also be an executive producer. Warner Bros. released all the theatrical movies in the "Harry Potter" franchise, and creating new content based on her works has been a priority for Mr. Zaslav.

The plan is to create a series that could run as long as a decade based on Ms. Rowling's books, the company said. Ms. Rowling said that "Max's commitment to preserving the integrity of my books is important to me," adding that a series will allow for a new "degree of depth and detail."

Other projects being created for Max include a new "Game of Thrones" prequel called "A Knight of the Seven Kingdoms: The Hedge Knight." This is the second prequel inspired by "Game of Thrones" following "House of the Dragon," which is a big hit for HBO.

Warner Bros. Discovery also announced a series based on

"The Conjuring" movies, as well as "The Penguin," starring Colin Farrell as the iconic "Batman" villain.

The company didn't disclose premiere dates for many of the new shows.

The combination of HBO Max and Discovery+ to create a one-size-fits-all service was a motivating factor for the 2022 merger between entertainment giant WarnerMedia and reality-programming factory Discovery Inc. The tagline for Max is "The One To Watch."

Max's pricing will remain identical to HBO Max's—$9.99 a month for the ad-supported version, and $15.99 for the ad-free version—but Max will have an additional $19.99-a-month tier, allowing up to four programs to be streamed at the same time by different people. Existing HBO Max subscribers will transition to the new platform when it launches.

Mr. Zaslav cited the broad array of content on Max, including plenty of children's

fare from the Warner Bros. animation library, as an advantage as it tries to distinguish itself in a crowded streaming marketplace. "It's the place every member of the household can go to," he said.

Streaming services are going through growing pains as content costs continue to rise while subscriber growth slows. Many, including Netflix Inc., are seeking new sources of revenue and scrutinizing programming budgets.

Warner Bros. Discovery, which has more than 96 million global subscribers across its streaming platforms, recently decided to keep Discovery+ available as a standalone service in an effort to avoid risking a chunk of the app's 20 million subscribers who might not want to pay the higher price.

Beyond these franchises, the company said it had recruited comedy creator Chuck Lorre to make a new sitcom for Max that will be derived from "The Big Bang Theory."

# Twitter Changes Company Name

By Alexa Corse

**Twitter** has told the courts that it has a new company name in a new state: X Corp., an entity incorporated in Nevada instead of Twitter's previous domicile in Delaware.

While the platform on users' phones and computers still bears the name Twitter, "Twitter Inc. has been merged into X Corp. and no longer exists," according to a legal filing last week informing a Florida federal court of the change in a case where Twitter is a party. X Corp. is a privately held company incorporated in Nevada, Twitter's lawyers said.

The company's principal place of business remains San Francisco, where Twitter has headquarters, according to the filing. X Corp. has a parent company named X Holdings Corp., the filing shows. The company also recorded the merger in Delaware filings.

The changes, included in legal and business filings in recent weeks, garnered attention in recent days as the documents circulated online and media outlets including Slate wrote about them. The filings prompted a flurry of online speculation that it was part of a grand vision that owner Elon Musk has tweeted about, which is using his acquisition of Twitter to help create "X, the everything app."

Twitter responded with an auto-reply poop emoji to an email inquiry from The Wall Street Journal about the reason for the change.

On Tuesday, amid retweets from Mr. Musk about SpaceX, his rocket company, and Twitter's legacy blue check marks, the billionaire tweeted an "X" without any other context or details. Mr. Musk's history with the letter goes way back: His former online banking startup, X.com, later became PayPal after a merger with another firm. Mr. Musk often refers to one of his children as X.

The billionaire also has other business ventures in Nevada. Tesla Inc., the electric-vehicle maker where he is also chief executive, operates a plant near Reno, Nev. The Boring Co., Mr. Musk's tunneling company, has a project in Las Vegas.

In an interview with the British Broadcasting Corp. late Tuesday, Mr. Musk said about the name change: "My goal is to create X the everything

app," and reiterated that "Twitter is an accelerant."

Some corporate-law specialists say they still have some questions about the company's structure. Another entity called Twitter Inc. was recently registered in Nevada, with Mr. Musk as its president, according to a filing, and some observers said it wasn't exactly clear how that entity related to X Corp. One law professor said it could be an entity that Mr. Musk could use for Twitter if he wanted at some future point or a way to keep anyone else from trying to use the name.

Moving the company to Nevada from Delaware has broader business implications, according to corporate-law specialists.

Compared with Delaware, Nevada's laws grant more discretion and protection to a company's management and officers, said Zohar Goshen, a professor of transactional law at Columbia Law School. Twitter is now "a private company controlled by one person so they can make that move," he said.

Delaware is a popular home for companies, with roughly two-thirds of Fortune 500 companies domiciled in the state, according to its secretary of state.

Nevada has for years tried to present itself as an alternative to Delaware for companies looking for a home, said Benjamin Edwards, a law professor at the University of Nevada, Las Vegas. But Delaware remains more popular, he said, for several reasons, including the reputation of its Court of Chancery and that many business lawyers and investors tend to be familiar with Delaware law.

"The Delaware Chancery Court offers a docket that moves quickly with a sophisticated judiciary," Mr. Edwards said.



Elon Musk's firm is now X Corp.

# NPR to Quit Twitter After Label Dispute

By Stu Woo

National Public Radio said it would back away from **Twitter** in a dispute with the social-media company over how its accounts are labeled on the platform.

The independent public broadcaster said Wednesday that it would no longer actively maintain its flagship @NPR Twitter account or any other official NPR accounts, and that it was de-emphasizing Twitter across the organization.

The move comes after Twitter recently began labeling NPR's account as "US state-affiliated media." It later changed the label to "government-funded media."

NPR said Twitter had refused repeated requests to remove what it said was an inaccurate label that didn't accurately capture its governance structure. It also said the label directed Twitter users to an explanation that implied government involvement over its content.

"We believe this label is intended to call in question our editorial independence and undermine our credibility," NPR said, adding that if it continued tweeting, every post would carry what it said was a misleading label.

Twitter's guidelines say the company adds the designation for government-controlled news sources. NPR says on its website that less than 1% of its budget comes from federal grants, including from the government-supported Corporation for Public Broadcasting. Most of NPR's revenue comes

from corporate sponsorships, it says, along with dues and fees paid by its member stations.

Some NPR journalists said they would be leaving Twitter along with their organization. "NPR is saying goodbye to Twitter and so am I," Leila Fadel, host of NPR show "Morning Edition," wrote on the platform Wednesday.

Twitter has upended its labeling system for verified accounts since Elon Musk took over the platform last year. The company has said it wants to provide people with more context about certain profiles.

In an interview with the British Broadcasting Corp. Tuesday, before NPR's announcement, Mr. Musk addressed complaints about the labels from organizations including NPR and the BBC itself. He said he would change those labels to say "publicly funded."

The labels are just one of the changes Mr. Musk has made at Twitter since taking over. In the BBC interview, Mr. Musk said the past six months had been a "roller coaster" but that his overhaul of the social-media platform could allow the company to be cash-flow positive as soon as this quarter.

Mr. Musk said in the interview that when he took over Twitter in October, it was on track to generate $3 billion in annual revenue. But it had $6 billion in annual expenses, including $1.5 billion in debt servicing.

Mr. Musk quickly slashed jobs. He said Twitter now has about 1,500 employees, down from just under 8,000 when he took over.

---

**ADVERTISEMENT**

## The Marketplace
To advertise: 800-366-3975 or WSJ.com/classifieds

---

**CLASS ACTION**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CITY OF STERLING HEIGHTS POLICE & FIRE RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

vs.

RECKITT BENCKISER GROUP PLC, RAKESH KAPOOR, and SHAUN THAXTER,

Defendants.

Civil Action No. 1:20-cv-10041-PKC

CLASS ACTION

SUMMARY NOTICE OF PROPOSED SETTLEMENT OF CLASS ACTION

**TO:** ALL PERSONS WHO PURCHASED OR ACQUIRED RECKITT BENCKISER GROUP PLC ("RECKITT" OR THE "COMPANY") AMERICAN DEPOSITARY SHARES ("ADSs") DURING THE PERIOD FROM JULY 28, 2014 THROUGH APRIL 9, 2019, INCLUSIVE, AND WERE DAMAGED THEREBY ("CLASS" OR "CLASS MEMBERS")

THIS NOTICE WAS AUTHORIZED BY THE COURT. IT IS NOT A LAWYER SOLICITATION. PLEASE READ THIS NOTICE CAREFULLY AND IN ITS ENTIRETY.

YOU ARE HEREBY NOTIFIED that a hearing will be held on July 19, 2023, at 2:00 p.m., before the Honorable P. Kevin Castel at the United States District Court, Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007, to determine whether: (1) the proposed settlement (the "Settlement") of the above-captioned action as set forth in the Stipulation of Settlement ("Stipulation")¹ for $19,600,000 in cash should be approved by the Court as fair, reasonable, and adequate; (2) the Judgment as provided under the Stipulation should be entered dismissing the Litigation with prejudice; (3) to award Lead Counsel attorneys' fees and expenses out of the Settlement Fund (as defined in the Notice of Pendency and Proposed Settlement of Class Action ("Notice"), which is discussed below) and to award Lead Plaintiff reimbursement of its time and expenses pursuant to 15 U.S.C. §78u-4(a)(4) in connection with its representation of the Class, and, if so, in what amounts; and (4) the Plan of Allocation should be approved by the Court as fair, reasonable, and adequate.

There exists the possibility that the Court may decide to conduct the Settlement Hearing by video or telephonic conference, or otherwise allow Class Members to appear remotely at the hearing, without further written notice to the Class. In order to determine whether the date and time of the Settlement Hearing have changed, or whether Class Members must or may participate by phone or video, it is important that you monitor the Court's docket and the Settlement website, www.ReckittSecuritiesSettlement.com, before making any plans to attend the Settlement Hearing. Updates regarding the Settlement Hearing, including any changes to the date or time of the hearing or updates regarding in-person or remote appearances at the hearing, will be posted to the Settlement website, www.ReckittSecuritiesSettlement.com. Also, if the Court requires or allows Class Members to participate in the Settlement Hearing by remote means, the information for accessing the hearing will be posted to the Settlement website, www.ReckittSecuritiesSettlement.com.

IF YOU PURCHASED OR ACQUIRED RECKITT ADSs FROM JULY 28, 2014 THROUGH APRIL 9, 2019, INCLUSIVE, YOUR RIGHTS MAY BE AFFECTED BY THE SETTLEMENT OF THIS LITIGATION.

To share in the distribution of the Settlement Fund, you must establish your rights by submitting a Proof of Claim and Release form ("Proof of Claim") by mail (**postmarked no later than July 7, 2023**) or electronically (**no later than July 7, 2023**). Your failure to submit your Proof of Claim by July 7, 2023, will subject your claim to rejection and preclude your receiving any of the recovery in connection with the Settlement of this Litigation. If you purchased or acquired Reckitt ADSs from July 28, 2014 through April 9, 2019, inclusive, and do not request exclusion from the Class, you will be bound by the Settlement and any judgment and release entered in the Litigation, including, but not limited to, the Judgment, whether or not you submit a Proof of Claim.

If you have not received a copy of the Notice, which more completely describes the Settlement and your rights thereunder (including your right to object to the Settlement), and a Proof of Claim, you may obtain these documents, as well as a copy of the Stipulation (which, among other things, contains definitions for the defined terms used in this Summary Notice) and other Settlement documents, online at www.ReckittSecuritiesSettlement.com, or by writing to:

Reckitt Securities Settlement
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 8040
San Rafael, CA 94912-8040

Inquiries should NOT be directed to Defendants, the Court, or the Clerk of the Court.

Inquiries, other than requests for the Notice or for a Proof of Claim, may be made to Lead Counsel:

ROBBINS GELLER RUDMAN & DOWD LLP
Ellen Gusikoff Stewart
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (800) 449-4900

IF YOU DESIRE TO BE EXCLUDED FROM THE CLASS, YOU MUST SUBMIT A REQUEST FOR EXCLUSION SUCH THAT IT IS **POSTMARKED BY JUNE 28, 2023**, IN THE MANNER AND FORM EXPLAINED IN THE NOTICE. ALL CLASS MEMBERS WILL BE BOUND BY THE SETTLEMENT EVEN IF THEY DO NOT SUBMIT A TIMELY PROOF OF CLAIM.

IF YOU ARE A CLASS MEMBER, YOU HAVE THE RIGHT TO OBJECT TO THE SETTLEMENT, THE PLAN OF ALLOCATION, THE REQUEST BY LEAD COUNSEL FOR AN AWARD OF ATTORNEYS' FEES NOT TO EXCEED 33% OF THE $19,600,000 SETTLEMENT AMOUNT AND EXPENSES NOT TO EXCEED $600,000 AND AN AWARD TO LEAD PLAINTIFF NOT TO EXCEED $10,000 IN CONNECTION WITH ITS REPRESENTATION OF THE CLASS. ANY OBJECTIONS MUST BE FILED WITH THE COURT AND SENT TO LEAD COUNSEL AND DEFENDANTS' COUNSEL **BY JUNE 28, 2023**, IN THE MANNER AND FORM EXPLAINED IN THE NOTICE.

DATED:  MARCH 16, 2023

BY ORDER OF THE COURT
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

¹  The Stipulation can be viewed and/or obtained at www.ReckittSecuritiesSettlement.com.

---

**ANNOUNCEMENTS**

**Your Book**
Story of Success in Business or Life Story. We Write & Publish.
BizSuccessBooks.com
LegaciesandMemories.com
(904) 293-9893 · Since 1999

---

**NOTICE OF SALE**

**NOTICE OF PUBLIC SALE**
PLEASE TAKE NOTICE THAT Rail Holdings, LLC ("Secured Party"), will conduct, through its agent, Hilco Streambank ("Agent"), a public sale of the below described property in accordance with the provisions of Article 9 of the Uniform Commercial Code as follows:

*Description of Property to be Sold:* Substantially all of the personal property of Toadfish, LLC ("Debtor") as described more fully in that certain Credit Agreement dated as of August 19, 2021 (as amended by that certain First Amendment to Credit Agreement dated as of November 15, 2021, Forbearance Agreement dated June 16, 2022 and that certain Second Forbearance Agreement and Second Amendment to Credit Agreement dated as of October 20, 2022, and as may be further amended, restated, supplemented or otherwise modified from time to time) and Pledge and Security Agreement dated August 19, 2021 between Debtor and Secured Party, as assignee of Woodforest National Bank (collectively, the "Loan Documents"), including (A) (i) all Accounts, (ii) all Money, (iii) all Chattel Paper, (iv) all Copyrights, (v) all Copyright Licenses, (vi) all Deposit Accounts, (vii) all Documents, (viii) all Equipment, (ix) all Fixtures, (x) all General Intangibles, (xi) all Goods, (xii) all Instruments, (xiii) all Inventory, (xiv) all Investment Property, (xv) all Letter-of-Credit Rights, (xvi) all Patents, (xvii) all Payment Intangibles, (xviii) all Patent Licenses, (xix) all Software, (xx) all Supporting Obligations, (xxi) all Trademarks, (xxii) all Trademark Licenses, (xxiii) all books and records related to the foregoing Collateral, and (xxiv) all Accessions; and (B) all Proceeds of any and all of the foregoing. Secured Party has a first priority security interest in the Property. The Property will be sold free and clear of Secured Party's lien in the Property. A complete description of the Property may be obtained by accessing a virtual data room maintained by the Agent. Capitalized terms used but not defined herein shall have the respective meanings ascribed to them in the Loan Documents.

*Date, Hour and Place of Sale:* May 4, 2023 at 12:00 p.m. E.T. Qualified bidders may attend the sale at the law offices of Rogers Townsend, LLC, 205 King Street, Suite 201, Charleston, S.C. or virtually through video conference. The deadline to submit a bid is May 2, 2023 at 12:00 p.m. E.T.

*No Warranties:* The property will be sold at this disposition "AS IS, WHERE IS," "WITH ALL FAULTS," "WITHOUT WARRANTIES WHATSOEVER, EXPRESS OR IMPLIED, INCLUDING, WITHOUT LIMITATION, A WARRANTY RELATING TO TITLE, CONDITION, POSSESSION, QUIET ENJOYMENT, MERCHANTABILITY, CORRECTNESS OF DESCRIPTION, FITNESS FOR ANY PARTICULAR PURPOSE."

*Participation in Public Sale:* Potential bidders interested in obtaining information regarding the Property, requirements for participation in the auction, access to the videoconference platform and the terms of the sale may contact the Agent: Gabe Fried (gfried@hilcoglobal.com) or Richelle Kalnit (rkalnit@hilcoglobal.com).

**Only qualified bidders will be able to bid on the Property at the auction.** Lender is a qualified bidder and may credit bid all or a portion of its secured claim for the Property.

*Cancellation of Public Sale & Reservation of Rights:* The Secured Party reserves the right to continue, postpone, adjourn, cancel, or delay the date or time of the sale with or without notice and for any reason.

Dated: April 13, 2023, Rogers Townsend, LLC, /s/ Michael H. Weaver, Attorneys for Secured Party, 1221 Main Street 14ᵗʰ Floor, Columbia, S.C. 29201, (803) 771-7900.

---

THE WALL STREET JOURNAL
THE MARKETPLACE
ADVERTISE TODAY
(800) 366-3975

© 2023 Dow Jones & Company, Inc.
All Rights Reserved.

Declaration of Publication

I, Carla Peak, as Vice President, Legal Notification Services at Gilardi & Co. LLC, a KCC Class Action Services Company in San Rafael, California, hereby certify that I caused the attached notice to be printed in said publication on April 13, 2023:

Name of Publication: The Wall Street Journal
Address: 1211 Avenue of the Americas
City, State, Zip: New York, NY 10036
Phone #: 1-800-568-7625
State of: New York

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 13th day of April 2023, at Sellersville, Pennsylvania.


Carla Peak



# Robbins Geller Rudman & Dowd LLP Announces Proposed Settlement in the Reckitt Securities Litigation

April 13, 2023 08:00 AM Eastern Daylight Time

SAN DIEGO--(BUSINESS WIRE)--The following statement is being issued by Robbins Geller Rudman & Dowd LLP regarding the Reckitt Securities Settlement:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____ X

| | | |
|---|---|---|
| CITY OF STERLING HEIGHTS POLICE & FIRE RETIREMENT SYSTEM, | : | Civil Action No. 1:20-cv-10041-PKC |
| Individually and on Behalf of All Others Similarly Situated, | : | CLASS ACTION |
| | : | |
| | : | SUMMARY NOTICE OF PROPOSED |
| Plaintiff, | : | SETTLEMENT OF CLASS ACTION |
| | : | |
| vs. | : | |
| | : | |
| RECKITT BENCKISER GROUP PLC, RAKESH KAPOOR, and SHAUN THAXTER, | | |
| Defendants. | | |

_____ X

**TO:    ALL PERSONS WHO PURCHASED OR ACQUIRED RECKITT BENCKISER GROUP PLC ("RECKITT" OR THE "COMPANY") AMERICAN DEPOSITARY SHARES ("ADSs") DURING THE PERIOD FROM JULY 28, 2014 THROUGH APRIL 9, 2019, INCLUSIVE, AND WERE DAMAGED THEREBY ("CLASS" OR "CLASS MEMBERS")**

**THIS NOTICE WAS AUTHORIZED BY THE COURT. IT IS NOT A LAWYER SOLICITATION. PLEASE READ THIS NOTICE CAREFULLY AND IN ITS ENTIRETY.**

YOU ARE HEREBY NOTIFIED that a hearing will be held on July 19, 2023, at 2:00 p.m., before the Honorable P. Kevin Castel at the United States District Court, Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007, to determine whether: (1) the proposed settlement (the "Settlement") of the above-captioned action as set forth in the Stipulation of Settlement ("Stipulation")[1] for $19,600,000 in cash should be approved by the Court as fair, reasonable, and adequate; (2) the Judgment as provided under the Stipulation should be entered dismissing the Litigation with prejudice; (3) to award Lead Counsel attorneys' fees and expenses out of the Settlement Fund (as defined in the Notice of Pendency and Proposed Settlement of Class Action ("Notice"), which is discussed below) and to award Lead Plaintiff reimbursement of its time and expenses pursuant to 15 U.S.C. §78u-4(a)(4) in connection with its representation of the Class, and, if so, in what amounts; and (4) the Plan of Allocation should be approved by the Court as fair, reasonable, and adequate.

There exists the possibility that the Court may decide to conduct the Settlement Hearing by video or telephonic conference, or otherwise allow Class Members to appear remotely at the hearing, without further written notice to the Class. In order to determine whether the date and time of the Settlement Hearing have changed, or whether Class Members must or may participate by phone or video, it is important that you monitor the Court's docket and the Settlement website, www.ReckittSecuritiesSettlement.com, before making any plans to attend the Settlement Hearing. Updates regarding the Settlement Hearing, including any changes to the date or time of the hearing or updates regarding in-person or remote appearances at the hearing, will be posted to the Settlement website, www.ReckittSecuritiesSettlement.com. Also, if the Court requires or allows Class Members to participate in the Settlement Hearing by remote means, the information for accessing the hearing will be posted to the Settlement website, www.ReckittSecuritiesSettlement.com.

IF YOU PURCHASED OR ACQUIRED RECKITT ADSs FROM JULY 28, 2014 THROUGH APRIL 9, 2019, INCLUSIVE, YOUR RIGHTS MAY BE AFFECTED BY THE SETTLEMENT OF THIS LITIGATION.

To share in the distribution of the Settlement Fund, you must establish your rights by submitting a Proof of Claim and Release form ("Proof of Claim") by mail **(postmarked no later than July 7, 2023)** or electronically **(no later than July 7, 2023)**. Your failure to submit your Proof of Claim by July 7, 2023, will subject your claim to rejection and preclude your receiving any of the recovery in connection with the Settlement of this Litigation. If you purchased or acquired Reckitt ADSs from July 28, 2014 through April 9, 2019, inclusive, and do not request exclusion from the Class, you will be bound by the Settlement and any judgment and release entered in the Litigation, including, but not limited to, the Judgment, whether or not you submit a Proof of Claim.

If you have not received a copy of the Notice, which more completely describes the Settlement and your rights thereunder (including your right to object to the Settlement), and a Proof of Claim, you may obtain these documents, as well as a copy of the Stipulation (which, among other things, contains definitions for the defined terms used in this Summary Notice) and other Settlement documents, online at www.ReckittSecuritiesSettlement.com, or by writing to:

*Reckitt Securities Settlement*
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 8040
San Rafael, CA 94912-8040

Inquiries should NOT be directed to Defendants, the Court, or the Clerk of the Court.

Inquiries, other than requests for the Notice or for a Proof of Claim, may be made to Lead Counsel:

ROBBINS GELLER RUDMAN & DOWD LLP
Ellen Gusikoff Stewart
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (800) 449-4900

IF YOU DESIRE TO BE EXCLUDED FROM THE CLASS, YOU MUST SUBMIT A REQUEST FOR EXCLUSION SUCH THAT IT IS **POSTMARKED BY JUNE 28, 2023**, IN THE MANNER AND FORM EXPLAINED IN THE NOTICE. ALL CLASS MEMBERS WILL BE BOUND BY THE SETTLEMENT EVEN IF THEY DO NOT SUBMIT A TIMELY PROOF OF CLAIM.

IF YOU ARE A CLASS MEMBER, YOU HAVE THE RIGHT TO OBJECT TO THE SETTLEMENT, THE PLAN OF ALLOCATION, THE REQUEST BY LEAD COUNSEL FOR AN AWARD OF ATTORNEYS' FEES NOT TO EXCEED 33% OF THE $19,600,000 SETTLEMENT AMOUNT AND EXPENSES NOT TO EXCEED $600,000 AND AN AWARD TO LEAD PLAINTIFF NOT TO EXCEED $10,000 IN CONNECTION WITH ITS REPRESENTATION OF THE CLASS. ANY OBJECTIONS MUST BE FILED WITH THE COURT AND SENT TO LEAD COUNSEL AND DEFENDANTS' COUNSEL **BY JUNE 28, 2023**, IN THE MANNER AND FORM EXPLAINED IN THE NOTICE.

DATED: MARCH 16, 2023              BY ORDER OF THE COURT

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---

[1] The Stipulation can be viewed and/or obtained at www.ReckittSecuritiesSettlement.com.

Contacts

Robbins Geller Rudman & Dowd LLP

Shareholder Relations Department

Greg Wood

(619) 231-1058

Declaration of Publication

I, Carla Peak, as Vice President, Legal Notification Services at Gilardi & Co. LLC, a KCC Class Action Services Company in San Rafael, California, hereby certify that I caused the attached notice to be published as a press release by the following wire service:

Name of Publication: BusinessWire

Address: 101 California Street 20th Floor

City, ST Zip: San Francisco, CA 94111

Phone #: 415-986-4422

State of: California

The press release was distributed on April 13, 2023 to the following media circuits offered by the above-referenced wire service:

1. National Newsline

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 13th day of April 2023, at Sellersville, Pennsylvania.

_Carla Peak_

Carla Peak