# EXHIBIT D



RECEIVED
May 17, 2023
Claims Center

# Exclusion Cover Page

Case Name: Reckitt Securities Settlement

Case Code: REK

Exclusion Deadline: June 28, 2023 (Postmark No later than)

Name of Person Filing Exclusion: Koniag Inc.



May 8, 2023

Reckitt Securities Settlement
c/o Gilardi & Co LLC
EXCLUSIONS
PO Box 5100
Larkspur, CA 94977-5100

RE:    *In re Reckitt Securities Settlement, Civil Action No. 1:20-cv-10041-PKC*

To Whom It May Concern:

Please consider this a written request by Koniag, Inc. and any of its subsidiaries, for exclusion from the Class in the *Reckitt Securities Settlement*.

Sincerely,

Shane Kanady
Associate General Counsel





ADDRESS SERVICE REQUESTED



**MAY 1 7 2023**

**BY:** .........................

Reckitt Securities Settlement
c/o Gilardi & Co LLC
EXCLUSIONS
PO Box 5100
Larkspur, CA 94977-5100

9497785100 B014