# EXHIBIT A

**EXHIBIT A**

*City of Sterling Heights Police & Fire Ret. Sys. v. Reckitt Benckiser Grp. plc, et al.*,
Civil Action No. 1:20-cv-10041-PKC
Robbins Geller Rudman & Dowd LLP
Inception through April 27, 2023

| NAME | | HOURS | RATE | LODESTAR |
|---|---|---|---|---|
| Alba, Mario | (P) | 110.10 | 940 | $        103,494.00 |
| Bays, Lea M. | (P) | 5.20 | 890 | 4,628.00 |
| Cochran, Brian E. | (P) | 47.80 | 810 | 38,718.00 |
| Ellman, Alan I. | (P) | 2,812.10 | 930 | 2,615,253.00 |
| Gusikoff Stewart, Ellen A. | (P) | 50.70 | 1105 | 56,023.50 |
| Myers, Danielle S. | (P) | 6.40 | 1050 | 6,720.00 |
| Robbins, Darren J. | (P) | 13.00 | 1375 | 17,875.00 |
| Rosenfeld, David A. | (P) | 5.50 | 980 | 5,390.00 |
| Rudman, Samuel H. | (P) | 54.80 | 1375 | 75,350.00 |
| Sanchez, Juan Carlos | (P) | 7.60 | 760 | 5,776.00 |
| Solomon, Mark | (P) | 61.40 | 1175 | 72,145.00 |
| Abel, Lawrence A. | (A) | 250.40 | 675 | 169,020.00 |
| Bornstein, Mia S. | (A) | 15.60 | 375 | 5,850.00 |
| Delaney, Sarah E. | (A) | 943.10 | 425 | 400,817.50 |
| Forgy, Joshua D. | (A) | 349.00 | 375 | 130,875.00 |
| Mejia, Francisco J. | (A) | 47.90 | 575 | 27,542.50 |
| Gilroy, Christopher | (OC) | 1,844.70 | 620 | 1,143,714.00 |
| Walton, David C. | (OC) | 6.70 | 1110 | 7,437.00 |
| Buttone, Cheryl D. | (SA) | 309.70 | 460 | 142,462.00 |
| Davis, Bradley D. | (SA) | 929.20 | 460 | 427,432.00 |
| Rosenberg, Justin A. | (SA) | 451.60 | 460 | 207,736.00 |
| Yates, Amy | (SA) | 192.20 | 460 | 88,412.00 |
| Barhoum, Anthony J. | (EA) | 28.20 | 450 | 12,690.00 |
| Hensley, Austin B. | (EA) | 32.70 | 315 | 10,300.50 |
| Topp, Jennifer M. | (EA) | 40.60 | 355 | 14,413.00 |
| Villalovas, Frank E. | (EA) | 14.70 | 440 | 6,468.00 |
| Roelen, Scott R. | (RA) | 21.10 | 315 | 6,646.50 |
| Peitler, Steven J. | (I) | 121.50 | 325 | 39,487.50 |
| Keita, Omar C. | (LS) | 37.70 | 300 | 11,310.00 |
| Magos, Bailey | (LS) | 6.10 | 230 | 1,403.00 |
| Ohlmann, Jonathan A. | (SUA) | 109.50 | 175 | 19,162.50 |
| Plascoff, Alyssa H. | (SUA) | 73.10 | 175 | 12,792.50 |

| NAME | | HOURS | RATE | LODESTAR |
|---|---|---|---|---|
| Sands, Skyler J. | (SUA) | 19.90 | 175 | 3,482.50 |
| Paralegals | | 707.90 | 350-395 | 270,565.00 |
| *TOTAL* | | *9,727.70* | | *$    6,161,391.50* |

(P) Partner

(A) Associate

(OC) Of Counsel

(SA) Staff Attorney

(EA) Economic Analyst

(RA) Research Analyst

(I) Investigator

(LS) Litigation Support

(SUA) Summer Associate