# EXHIBIT B

**EXHIBIT B**

*City of Sterling Heights Police & Fire Ret. Sys. v. Reckitt Benckiser Grp. plc, et al.,*
Civil Action No. 1:20-cv-10041-PKC
Robbins Geller Rudman & Dowd LLP
Expense Summary
Inception through April 30, 2023

| *CATEGORY* | | *AMOUNT* |
|---|---|---|
| Filing, Witness and Other Fees | | $    6,168.84 |
| Business Wire | | 545.45 |
| Telephone | | 96.79 |
| Messenger, Overnight Delivery | | 654.97 |
| Court Hearing Transcripts | | 510.20 |
| Outside United Kingdom Counsel/Experts | | 192,496.78 |
| Richard Slade and Company | $  142,232.40 | |
| Thomas Lowe KC | 40,500.00 | |
| Serle Court | 9,764.38 | |
| Experts/Consultants | | 257,599.80 |
| Crowninshield Financial Research | $  189,254.00 | |
| Michael Carrier | 42,500.00 | |
| ValueScope, Inc. | 21,345.80 | |
| The Expert Institute Group, LLC | 4,500.00 | |
| Photocopies | | 1,012.45 |
| Outside | $       961.00 | |
| In-House Black and White (343 copies at $0.15 per page) | 51.45 | |
| Online Legal and Financial Research | | 22,770.31 |
| eDiscovery Database Hosting | | 41,271.62 |
| Mediation Fees (Phillips ADR Enterprises, P.C.) | | 51,760.00 |
| Miscellaneous (Publication/Subscriptions) | | 35.95 |
| *TOTAL* | | *$ 574,923.16* |