# EXHIBIT C

**EXHIBIT C**

*City of Sterling Heights Police & Fire Ret. Sys. v. Reckitt Benckiser Grp. plc, et al.*,
Civil Action No. 1:20-cv-10041-PKC
Robbins Geller Rudman & Dowd LLP

Filing, Witness and Other Fees: $6,168.84

| *DATE* | *VENDOR* | *PURPOSE* |
|---|---|---|
| 01/07/19 | CLERK, U.S. DISTRICT COURT | *PRO HAC VICE* ADMISSION FOR A. ELLMAN |
| 07/18/19 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE: RECKITT BENCKISER GROUP PLC: SUMMONS IN A CIVIL CASE; CLASS ACTION COMPLAINT; CIVIL COVER SHEET |
| 07/20/19 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE: ADRIAN BELLAMY: SUMMONS IN A CIVIL CASE; CLASS ACTION COMPLAINT; CIVIL COVER SHEET |
| 08/14/19 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE: SHAUN THAXTER: SUMMONS IN A CIVIL CASE; CLASS ACTION COMPLAINT; CIVIL COVER SHEET |
| 08/14/19 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | RETURNED NOT SERVED: SHAUN THAXTER: SUMMONS IN A CIVIL CASE; CLASS ACTION COMPLAINT; CIVIL COVER SHEET |
| 02/27/20 | NJ LAWYERS' FUND FOR CLIENT PROTECTION | *PRO HAC VICE* FOR A. ELLMAN |
| 06/17/20 | NJ LAWYERS' FUND FOR CLIENT PROTECTION | *PRO HAC VICE* ADMISSION IN NEW JERSEY |
| 06/23/20 | CLERK, U.S. DISTRICT COURT | *PRO HAC VICE* ADMISSION FEE FOR S. DELANEY |
| 06/23/20 | CLERK, U.S. DISTRICT COURT | *PRO HAC VICE* ADMISSION FEE FOR C. GILROY |
| 01/13/21 | NJ LAWYERS' FUND FOR CLIENT PROTECTION | ANNUAL FEE CHARGE – S. DELANEY |
| 01/14/21 | NJ LAWYERS' FUND FOR CLIENT PROTECTION | *PRO HAC VICE* FEE – C. GILROY |
| 01/14/21 | NJ LAWYERS' FUND FOR CLIENT PROTECTION | *PRO HAC VICE* FEE – A. ELLMAN |
| 01/15/21 | NJ LAWYERS' FUND FOR CLIENT PROTECTION | *PRO HAC VICE* FEE – S. DELANEY |
| 02/18/22 | NJ LAWYERS' FUND FOR CLIENT PROTECTION | S. DELANEY *PRO HAC VICE* FEE |

| *DATE* | *VENDOR* | *PURPOSE* |
|---|---|---|
| 02/19/22 | NJ LAWYERS' FUND FOR CLIENT PROTECTION | A. ELLMAN *PRO HAC VICE* FEE |
| 02/25/22 | NJ LAWYERS' FUND FOR CLIENT PROTECTION | C. GILROY *PRO HAC VICE* FEE |
| 05/31/22 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE: AQUESTIVE THERAPEUTICS, INC.: SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A |
| 05/31/22 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE: MASSHEALTH, COMMONWEALTH OF MASSACHUSETTS: SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A |
| 05/31/22 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE: TIMOTHY BAXTER: SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A |
| 05/31/22 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE: VENEBIO GROUP, LLC: SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION SCHEDULE A |
| 07/11/22 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE: RADARS SYSTEM: SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A |
| 08/03/22 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | RETURNED NOT SERVED: MICHAEL BUCHMAN, MICHELLE ZOLNOSKI, AT BUSINESS MOTLEY RICE: SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A |

| *DATE* | *VENDOR* | *PURPOSE* |
|---|---|---|
| 08/03/22 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | 08/02/22 PERSONAL SERVICE: PETER JOHN, JOSEPH T. LUKENS AT BUSINESS FARUQI & FARUQI: SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A |
| 08/03/22 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE: THOMAS M. SOBOL, JESSICA R. MACAULEY, AT BUSINESS HAGENS BERMAN SOBOL SHAPIRO LLP: SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A |
| 08/03/22 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | RETURNED NOT SERVED: STEVE SHADOWEN: SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A |
| 08/03/22 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | RETURNED NOT SERVED: MARVIN MILLER, LORI FANNING, AT BUSINESS MILLER LAW LLC: SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A |
| 08/03/22 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | RETURNED NOT SERVED: KENNETH A. WEXLER: SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A |
| 09/23/22 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE: JP MORGAN CHASE BANK: SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A |
| 09/29/22 | COURTS/USDC-PA-E-PG PHILADELPHIA PA | FEE FOR FILING *PRO HAC VICE* – S. RUDMAN |

| *DATE* | *VENDOR* | *PURPOSE* |
|---|---|---|
| 09/29/22 | COURTS/USDC-PA-E-PG PHILADELPHIA PA | FEE FOR FILING *PRO HAC VICE* – C. GILROY |
| 09/29/22 | COURTS/USDC-PA-E-PG PHILADELPHIA PA | FEE FOR FILING *PRO HAC VICE* – A ELLMAN |
| 09/30/22 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | 04/22/22 PERSONAL SERVICE: INDIVIOR, INC.: SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A |
| 01/13/23 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE: BRUCE E. GERSTEIN, JOSEPH OPPER, NOAH SILVERMAN, AT BUSINESS GARWIN GERSTEIN & FISHER LLP: SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A |
| 03/08/23 | THE STATE BAR OF CALIFORNIA | *PRO HAC VICE* APPLICATION FOR E. G. STEWART |
| 03/20/23 | CLERK OF THE SUPREME COURT | CERTIFICATE OF GOOD STANDING FOR E. G. STEWART |
| 03/31/23 | NEW YORK SOUTHERN DISTRICT COURT | *PRO HAC VICE* FOR E. G. STEWART |