# EXHIBIT D

**EXHIBIT D**

*City of Sterling Heights Police & Fire Ret. Sys. v. Reckitt Benckiser Grp. plc, et al.*,
Civil Action No. 1:20-cv-10041-PKC
Robbins Geller Rudman & Dowd LLP

Court Hearing Transcripts: $510.20

| DATE | VENDOR | PURPOSE |
|---|---|---|
| 08/31/20 | BRIMAR, INC. | GUILTY PLEA TRANSCRIPT REQUEST (1:20CR32, USA V. TIMOTHY BAXTER) |
| 12/10/20 | DONNA PRATHER | GUILTY PLEA AND SENTENCING HEARING TRANSCRIPTS (1:20CR00027 USA V. INDIVIOR, SOLUTIONS, INC.) (1:20-CR-00024 USA V. THAXTER) |
| 12/17/20 | DONNA PRATHER | SENTENCING HEARING TRANSCRIPT (1:20CR32 USA V. TIMOTHY BAXTER) |
| 04/13/22 | FOOTHILL TRANSCRIPTION COMPANY, INC. | 12/02/21 HEARING TRANSCRIPT (13-MD-2445 IN RE: SUBOXONE) |
| 07/13/22 | FOOTHILL TRANSCRIPTION COMPANY, INC. | 07/13/22 TRANSCRIPT ORDER |