UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x

CITY OF STERLING HEIGHTS POLICE &amp; : Civil Action No. 1:20-cv-10041-PKC
FIRE RETIREMENT SYSTEM, Individually :
and on Behalf of All Others Similarly Situated, : CLASS ACTION
                                                 :
                       Plaintiff, : SUPPLEMENTAL DECLARATION OF
                                                 : ROSS D. MURRAY REGARDING NOTICE
      vs. : DISSEMINATION AND REQUESTS FOR
                                                   : EXCLUSION RECEIVED TO DATE
RECKITT BENCKISER GROUP PLC, :
RAKESH KAPOOR, and SHAUN :
THAXTER, :
                                                    :
                       Defendants. :
                                                    :

———————————————————— x

I, ROSS D. MURRAY, declare and state as follows:

1.    I am employed as a Vice President of Securities by Gilardi & Co. LLC ("Gilardi"), located at 1 McInnis Parkway, Suite 250, San Rafael, California.  Pursuant to this Court's March 16, 2023 Order Granting Preliminary Approval Pursuant to Fed. R. Civ. P. 23(e)(1) and Permitting Notice to the Class ("Notice Order") (ECF 164), Gilardi was appointed as the Claims Administrator in connection with the proposed Settlement of the above-captioned litigation (the "Litigation").  I oversaw the notice services that Gilardi provided in accordance with the Notice Order.

2.    I submit this declaration as a supplement to my earlier declaration, the Declaration of Ross D. Murray Regarding Notice Dissemination, Publication, and Requests for Exclusion Received to Date (the "Initial Mailing Declaration") (ECF 173).  The following statements are based on my personal knowledge and information provided to me by other Gilardi employees and if called to testify I could and would do so competently.

## UPDATE ON DISSEMINATION OF THE CLAIM PACKAGE

3.    As more fully detailed in the Initial Mailing Declaration, as of June 14, 2023, Gilardi had mailed 198,901 copies of the Court-approved Notice of Pendency and Proposed Settlement of Class Action (the "Notice") and Proof of Claim and Release form (the "Proof of Claim") (collectively, the "Claim Package") to potential Class Members and their nominees.  *See* Initial Mailing Declaration, ¶10.

4.    Since June 14, 2023, Gilardi has mailed an additional 2 copies of the Claim Package in response to requests from potential Class Members, brokers, and nominees and as a result of mail returned as undeliverable for which new addresses were identified and re-mailed to those new addresses.  Therefore, as of July 7, 2023, Gilardi has mailed a total of 198,903 Claim Packages to potential Class Members and nominees.

## REQUESTS FOR EXCLUSION RECEIVED TO DATE

5.    Pursuant to the Notice Order, the Notice informed potential Class Members that written requests for exclusion from the Class must be mailed to *Reckitt Securities Settlement*,

Claims Administrator, c/o Gilardi & Co. LLC, ATTN: EXCLUSIONS, P.O. Box 5100, Larkspur, CA 94977-5100, such that they are postmarked no later than June 28, 2023. At the time of the Initial Mailing Declaration, Gilardi reported that it had received one request for exclusion. *See* Initial Mailing Declaration, ¶15.

6.      Since the Initial Mailing Declaration was executed, and as of the date of this declaration, Gilardi has received four additional requests for exclusion, redacted copies of which are attached hereto as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 7th day of July, 2023, at San Rafael, California.


_____
ROSS D. MURRAY

CERTIFICATE OF SERVICE

I, ALAN I. ELLMAN, hereby certify that on July 10, 2023, I authorized a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice.

s/ *Alan I. Ellman*
ALAN I. ELLMAN