# EXHIBIT A



*REK-EXCL00002*

RECEIVED
June 22, 2023
Claims Center

# Exclusion Cover Page

Case Name: Reckitt Securities Settlement

Case Code:  REK

Exclusion Deadline: June 28, 2023 (Postmark No later than)

Name of Person Filing Exclusion: Debbie Allen

June 14, 2023
Reckitt Securities Settlement
c/o Gilardi & Co. LLC
ATTN: EXCLUSIONS
P.O. Box 5100
Larkspur, CA  94977-5100


Debbie Allen

███████████████████


Dear Sirs,

I am requesting exclusion from the Class in the Reckitt Securities Settlement, I do not have any Reckitt ADSs purchased or acquired.  I retired from Mead Johnson Co/Reckitt Benckiser Group on March 30, 2017.

Let me know if you have any questions.

Sincerely,

Debbie Allen

███████████████████

*Debbie & Kenny Allen*





RECEIVED
JUN 2 2 2023
BY: .....................

Reckitt Securities Settlement
c/o Gilardi & Co. LLC
Attn:  EXCLUSIONS
P.O. Box 5100
Larkspur, CA  94977-5100

94977-510000



*REK-EXCL00003*

RECEIVED
June 13, 2023
Claims Center

# Exclusion Cover Page

Case Name: Reckitt Securities Settlement

Case Code:  REK

Exclusion Deadline: June 28, 2023 (Postmark No later than)

Name of Person Filing Exclusion: Herman Donald Friedrichsen

June 7, 2023

Reckitt Securities Settlement
Claims Administrator
℅ Gilardi & Co. LLC
P.O. Box 8040
San Rafael,CA 94912-8040

To whom it may concern;
       I, Herman Donald Friedrichsen, wish to be excluded from any and all legal proceedings in the matter of , City of Sterling Heights police and fire retirement system,vs. Reckitt Benckiser Group.
       All information that I have received has been "shredded" as will be all future communications.

H. Donald Friedrichsen

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | |
|---|---|
| **GO TO THE HEARING ON JULY 19, 2023** | Ask to speak in Court about the fairness of the Settlement. **Requests to speak must be received** by the Court and counsel on or before June 28, 2023. |
| **DO NOTHING** | Receive no payment. You will, however, still be a Member of the Class, which means that you give up your right to ever be part of any other lawsuit against the Defendants or any other Released Defendant Parties about the legal claims being resolved by this Settlement and you will be bound by any judgments or orders entered by the Court in the Litigation. |

## SUMMARY OF THIS NOTICE

**Statement of Class Recovery**

Pursuant to the Settlement described herein, a $19.6 million Settlement Fund has been established. Based on Plaintiffs' estimate of the number of Reckitt ADSs eligible to recover under the Settlement, the average distribution per ADS under the Plan of Allocation is approximately $0.38 before deduction of any taxes on the income earned on the Settlement Amount thereof, notice and administration costs, and the attorneys' fees and expenses as determined by the Court. **Class Members should note, however, that these are only estimates.** A Class Member's actual recovery will be a proportion of

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————— x

CITY OF STERLING HEIGHTS POLICE & FIRE  :   Civil Action No. 1:20-cv-10041-PKC
RETIREMENT SYSTEM, Individually and on Behalf :
of All Others Similarly Situated,        :   <u>CLASS ACTION</u>

               Plaintiff,        :

   vs.                               :

RECKITT BENCKISER GROUP PLC, RAKESH   :
KAPOOR, and SHAUN THAXTER,            :

              Defendants.        :

———————————————————————— x



Friedrichsen

7 JUN 2023    PM



RECEIVED
JUN 1 3 2023
BY: .........................

*Reckitt Securities Settlement*
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 8040
San Rafael, CA 94912-8040

**REK**



*REK-EXCL00004*

RECEIVED
June 30, 2023
Claims Center

# Exclusion Cover Page

Case Name: Reckitt Securities Settlement

Case Code:  REK

Exclusion Deadline: June 28, 2023 (Postmark No later than)

Name of Person Filing Exclusion: Beryl Kelsi Arcos

Beryl Kelsi Arcos

June 7, 2023

███████████

Rickett Securities Settlement
Claims Administrator
c/o Gilardi & Co. LLC

PO BOX 8040

San Rafael, CA 94912-8040

Re: Class Action

Dear Sir or Madam,

I received the enclosed invitation
to participate in the Civil Action
1:20-CV-10041-PKC, and I want to
be excluded from this law suit.
Please call me if you have questions
████████████████. Again, I don't want to
be in the class action suit. Thank you,

Beryl Kelsi
Arcos

to the subsequent discovery or existence of such different or additional facts, legal theories, or authorities, and (b) the Released Defendant Parties shall expressly fully, finally, and forever waive, compromise, settle, discharge, extinguish and release, and, upon the Effective Date, and by operation of the Judgment, shall have waived, compromised, settled, discharged, extinguished, and released, fully, finally, and forever, any and all Released Defendants' Claims against Plaintiffs, the Class, and Plaintiffs' Counsel, known or unknown, suspected or unsuspected, contingent or non-contingent, whether or not concealed or hidden, which now exist, or heretofore have existed, upon any theory of law or equity now existing or coming into existence in the future, including, but not limited to, conduct which is negligent, intentional, with or without malice, or a breach of any duty, law or rule, without regard to the subsequent discovery or existence of such different or additional facts, legal theories, or authorities. The Settling Parties acknowledge, and the Releasing Plaintiff Parties and Released Defendant Parties shall be deemed by operation of the Judgment to have acknowledged, that the foregoing waiver was separately bargained for and is an essential element of the Settlement of which this release is a part.

6.    These releases shall be of no force or effect unless and until the Court approves the Stipulation and the Settlement becomes effective on the Effective Date.

7.    I (We) hereby warrant and represent that I (we) have not assigned or transferred or purported to assign or transfer, voluntarily or involuntarily, any claim or matter released pursuant to this release or any other part or portion thereof.

8.    I (We) hereby warrant and represent that I (we) have included information about all of my (our) purchases, acquisitions and sales of Reckitt ADSs during the Class Period and the number of Reckitt ADSs held by me (us) at the close of trading on July 27, 2014, April 9, 2019, and July 8, 2019.

I (We) declare under penalty of perjury under the laws of the United States of America that the foregoing information supplied by the undersigned is true and correct.

Executed this _____ day of _____ in _____
                                    (Month/Year)                              (City/State/Country)

_____          _____
(Sign your name here)                                    (Sign your name here)

_____          _____
(Type or print your name here)                          (Type or print your name here)

_____          _____
(Capacity of person(s) signing, *e.g.,*                 (Capacity of person(s) signing, *e.g.,*
Beneficial Purchaser or Acquirer, Executor or Administrator)   Beneficial Purchaser or Acquirer, Executor or Administrator)

**ACCURATE CLAIMS PROCESSING TAKES A SIGNIFICANT AMOUNT OF TIME. THANK YOU FOR YOUR PATIENCE.**

Reminder Checklist:

1. Please sign the above release and declaration.
2. If this claim is being made on behalf of Joint Clamaints, then both must sign.
3. Remember to attach copies of supporting documentation, if available.
4. **Do not send** originals of certificates.
5. Keep a copy of your Claim Form and all supporting documentation for your records.

6. If you desire an acknowledgement of receipt of your Claim Form, please send it Certified Mail, Return Receipt Requested.
7. If you move, please send your new address to the address below.
8. Do not use red pen or highlighter on the Claim Form or supporting documentation.

**THIS CLAIM FORM MUST BE SUBMITTED ONLINE OR POSTMARKED NO LATER THAN JULY 7, 2023:**

*Reckitt Securities Settlement*
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 8040
San Rafael, CA 94912-8040
www.ReckittSecuritiesSettlement.com



6

---

<table>
<tr><td>Official Office Use Only</td><td></td></tr>
</table>

**Must Be Postmarked (if Mailed) or Received (if Submitted Online) No Later Than July 7, 2023**

...URT
S(                    ...YORK
*City o...                ...Retirement System v. Reckitt Benckiser Group plc, et al.*
Civil Action No. 1:20-cv-10041-PKC

# REK

Civil Action No. 1:20-cv-10041-PKC
**PROOF OF CLAIM AND RELEASE**

<u>Please Type or Print in the Boxes Below</u>
Do <u>NOT</u> use Red Ink, Pencil, or Staples

**REMEMBER TO ATTACH COPIES OF BROKER CONFIRMATIONS OR OTHER DOCUMENTATION OF YOUR TRANSACTIONS IN RECKITT ADSs. FAILURE TO PROVIDE THIS DOCUMENTATION COULD DELAY VERIFICATION OF YOUR CLAIM OR RESULT IN REJECTION OF YOUR CLAIM.**

### PART I. CLAIMANT IDENTIFICATION

Last Name                                      M.I.     First Name

Last Name (Co-Beneficial Owner)                M.I.     First Name (Co-Beneficial Owner)

IRA          Joint Tenancy       Employee        Individual        Other _____
                                                                              (specify)
Company Name (Beneficial Owner - If Claimant is not an Individual) or Custodian Name if an IRA

Trustee/Asset Manager/Nominee/Record Owner's Name (If Different from Beneficial Owner Listed Above)

Account#/Fund# (Not Necessary for Individual Filers)

Last Four Digits of Social Security Number          Taxpayer Identification Number
                         or                                   —

Telephone Number (Primary Daytime)                 Telephone Number (Alternate)
         —          —                                    —          —

Email Address

**MAILING INFORMATION**
Address

Address (cont.)

City                                              State     ZIP Code

Foreign Province              Foreign Postal Code          Foreign Country Name/Abbreviation

<table>
<tr><td>FOR CLAIMS PROCESSING ONLY</td><td>OB</td><td>CB</td><td>ATP KE ICI</td><td>BE DR EM</td><td>FL ME ND</td><td>OP RE SH</td><td>/</td><td>/</td><td>FOR CLAIMS PROCESSING ONLY</td></tr>
</table>

3

A. Number of Reckitt ADSs held at the close of trading on July 27, 2014:

Proof Enclosed?   Y   N

B. Purchases or acquisitions of Reckitt ADSs from July 28, 2014 through July 8, 2019, inclusive:

**—— PURCHASES ——**

| | Trade Date(s) (List Chronologically) M M / D D / Y Y Y Y | Number of ADSs Purchased or Acquired | Total Purchase or Acquisition Price (Excluding commissions, taxes and fees) | Proof of Purchase Enclosed? |
|---|---|---|---|---|
| 1. | / / | | $ .00 | Y N |
| 2. | / / | | $ .00 | Y N |
| 3. | / / | | $ .00 | Y N |
| 4. | / / | | $ .00 | Y N |
| 5. | / / | | $ .00 | Y N |

IMPORTANT: (i) If any purchase listed covered a "short sale," please mark Yes:   Yes

(ii) If you received shares through an acquisition or merger, please identify the date, the share amount and the company acquired:

M M / D D / Y Y Y Y     Merger Shares:     Company:

C. Sales of Reckitt ADSs from July 28, 2014 through July 8, 2019, inclusive:

**—— SALES ——**

| | Trade Date(s) (List Chronologically) M M / D D / Y Y Y Y | Number of ADSs Sold | Total Sales Price (Excluding commissions, taxes and fees) | Proof of Sales Enclosed? |
|---|---|---|---|---|
| 1. | / / | | $ .00 | Y N |
| 2. | / / | | $ .00 | Y N |
| 3. | / / | | $ .00 | Y N |
| 4. | / / | | $ .00 | Y N |
| 5. | / / | | $ .00 | Y N |

D. Number of Reckitt ADSs held at the close of trading on April 9, 2019:

Proof Enclosed?   Y   N

E. Number of Reckitt ADSs held at the close of trading on July 8, 2019:

Proof Enclosed?   Y   N

If you require additional space, attach extra schedules in the same format as above.
Sign and print your name on each additional page.
**YOU MUST READ AND SIGN THE RELEASE ON PAGE 6. FAILURE TO SIGN THE RELEASE
MAY RESULT IN A DELAY IN PROCESSING OR THE REJECTION OF YOUR CLAIM.**



4

## IV. SUBMISSION TO JURISDICTION OF COURT AND ACKNOWLEDGMENTS

I (We) submit this Proof of Claim and Release under the terms of the Stipulation described in the Notice. I (We) also submit to the jurisdiction of the United States District Court for the Southern District of New York with respect to my (our) claim as a Member of the Class and for purposes of enforcing the releases set forth herein. I (We) further acknowledge that I am (we are) bound by and subject to the terms of the Stipulation and any judgment that may be entered in the Litigation, including the releases and the covenants set forth herein. I (We) agree to furnish additional information to the Claims Administrator to support this claim if requested to do so. I (We) have not submitted any other claim in connection with the purchase or acquisition of Reckitt ADSs during the Class Period and know of no other person having done so on my (our) behalf.

### V. RELEASES

1. I (We) hereby acknowledge full and complete satisfaction of, and do hereby fully, finally, and forever waive, compromise, settle, discharge, extinguish and release from the Released Claims each and all of the Released Defendant Parties.

2. "Released Defendant Party" or "Released Defendant Parties" means each and all of Defendants, Former Defendants, Defendants' Counsel, and any of their Related Parties.

3. "Released Claims" means any and all rights, liabilities, suits, debts, obligations, demands, damages, losses, judgments, matters, issues, claims (including "Unknown Claims," as defined below), and causes of action of every nature and description whatsoever, in law, equity, or otherwise, whether known or unknown, asserted or unasserted, accrued or unaccrued, fixed or contingent, liquidated or unliquidated, matured or unmatured, which now exist, or heretofore or previously existed, or may hereafter exist, whether arising under federal, state, local, statutory, common or foreign law, or any other law, rule, or regulation, whether class and/or individual in nature, that Plaintiffs or any other Class Member asserted or could have asserted in the Litigation, or could in the future assert in any court or forum based upon, related in any way to, in connection with, or arising from both: (a) the allegations, transactions, facts, matters or occurrences, errors, representations, misrepresentations, actions, failures to act, omissions, or corrective disclosures that were alleged, set forth, or referred to in the Litigation, and (b) the purchase or acquisition of Reckitt ADSs by any Class Member during the Class Period. "Released Claims" does not include: (i) derivative claims; (ii) ERISA claims; (iii) claims to enforce the Settlement; and (iv) claims arising from purchases of Reckitt Ordinary Shares during the Class Period.

4. "Released Defendants' Claims" means any and all claims and causes of action of every nature and description whatsoever, including both known claims and Unknown Claims, against Plaintiffs, Plaintiffs' Counsel or any Class Member that arise out of or relate in any way to the institution, prosecution, or settlement of the claims against Defendants or Former Defendants in the Litigation, except for claims relating to the enforcement of the Settlement.

5. "Unknown Claims" means (a) any and all Released Claims which any of the Releasing Plaintiff Parties do not know or suspect to exist in his, her, or its favor at the time of the release of the Released Defendant Parties, which, if known by him, her, or it, might have affected his, her, or its settlement with and release of the Released Defendant Parties, or might have affected his, her, or its decision(s) with respect to the Settlement, including, but not limited to, whether or not to object to this Settlement; and (b) any and all Released Defendants' Claims that any of the Released Defendant Parties do not know or suspect to exist in his, her, or its favor at the time of the release of Plaintiffs, the Class, and Plaintiffs' Counsel, which, if known by him, her, or it, might have affected his, her, or its settlement and release of Plaintiffs, the Class, and Plaintiffs' Counsel. With respect to (a) any and all Released Claims against the Released Defendant Parties, and (b) any and all Released Defendants' Claims against Plaintiffs, the Class, and Plaintiffs' Counsel, the Settling Parties stipulate and agree that, upon the Effective Date, the Settling Parties shall expressly waive, and each Releasing Plaintiff Party and Released Defendant Party shall be deemed to have, and by operation of the Judgment shall have, expressly waived the provisions, rights, and benefits of California Civil Code §1542, which provides:

> A general release does not extend to claims that the creditor or releasing party does not know or suspect to exist in his or her favor at the time of executing the release and that, if known by him or her, would have materially affected his or her settlement with the debtor or released party.

The Settling Parties shall expressly waive, and each Releasing Plaintiff Party and Released Defendant Party shall be deemed to have, and by operation of the Judgment shall have, expressly waived any and all provisions, rights, and benefits conferred by any law of any state or territory of the United States, or principle of common law, which is similar, comparable, or equivalent to California Civil Code §1542. The Releasing Plaintiff Parties and Released Defendant Parties acknowledge that they may hereafter discover facts, legal theories or authorities in addition to or different from those which he, she, it or their counsel now knows or believes to be true with respect to the subject matter of the Released Claims or Released Defendants' Claims, but (a) the Releasing Plaintiff Parties shall expressly fully, finally, and forever waive, compromise, settle, discharge, extinguish and release, and each Releasing Plaintiff Party shall be deemed to have waived, compromised, settled, discharged, extinguished, and released, and, upon the Effective Date, and by operation of the Judgment, shall have waived, compromised, settled, discharged, extinguished, and released, fully, finally, and forever, any and all Released Claims against the Released Defendant Parties, known or unknown, suspected or unsuspected, contingent or non-contingent, accrued or unaccrued, whether or not concealed or hidden, which now exist, or heretofore have existed, or may hereafter exist, upon any theory of law or equity now existing or coming into existence in the future, including, but not limited to, conduct which is negligent, intentional, with or without malice, or a breach of any duty, law or rule, without regard



5

U.S. POSTAGE PAID

JUN 07 23
AMOUNT

**$1.26**
R2304M116318-02

RDC 20                94912

CLAIMS CENTER

*Reckitt Securities Settlement*
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 8040
San Rafael, CA 94912-8040

RECEIVED
JUN 3 0 2023

BY: .......................

**REK**



*REK-EXCL00005*

RECEIVED
June 14, 2023
Claims Center

# Exclusion Cover Page

Case Name: Reckitt Securities Settlement

Case Code:  REK

Exclusion Deadline: June 28, 2023 (Postmark No later than)

Name of Person Filing Exclusion: Maria L Brown

<table>
<tr><td>Official<br>Office<br>Use<br>Only</td></tr>
</table>

L
SC

IRT
ORK

*City of ~~Sterling Heights Police & Fire~~ Retirement System v. Reckitt Benckiser Group plc, et al.*

Civil Action No. 1:20-cv-10041-PKC

**PROOF OF CLAIM AND RELEASE**

**Must Be Postmarked (if Mailed)
or Received (if Submitted Online)
No Later Than July 7, 2023**

# REK

Please Type or Print in the Boxes Below
Do <u>NOT</u> use Red Ink, Pencil, or Staples

**REMEMBER TO ATTACH COPIES OF BROKER CONFIRMATIONS OR OTHER DOCUMENTATION OF YOUR TRANSACTIONS IN RECKITT ADSs. FAILURE TO PROVIDE THIS DOCUMENTATION COULD DELAY VERIFICATION OF YOUR CLAIM OR RESULT IN REJECTION OF YOUR CLAIM.**

## PART I. CLAIMANT IDENTIFICATION

Last Name
BROWN

M.I.   First Name
L   MARIA

Last Name (Co-Beneficial Owner)

M.I.   First Name (Co-Beneficial Owner)

[X] IRA          Joint Tenancy          Employee          Individual          Other _____
                                                                                (specify)

Company Name (Beneficial Owner - If Claimant is not an Individual) or Custodian Name if an IRA

Trustee/Asset Manager/Nominee/Record Owner's Name (If Different from Beneficial Owner Listed Above)

*I wish to be excluded.*
*Maria L Brown*
*June 11, 2023*

Account#/Fund# (Not Necessary for Individual Filers)

Last Four Digits of Social Security Number          or          Taxpayer Identification Number

Telephone Number (Primary Daytime)          Telephone Number (Alternate)

Email Address

### MAILING INFORMATION

Address

Address (cont.)

City                                                    State     ZIP Code

Foreign Province          Foreign Postal Code          Foreign Country Name/Abbreviation

<table>
<tr>
<td>FOR CLAIMS<br>PROCESSING<br>ONLY</td>
<td>OB</td>
<td>CB</td>
<td>ATP<br>KE<br>ICI</td>
<td>BE<br>DR<br>EM</td>
<td>FL<br>ME<br>ND</td>
<td>OP<br>RE<br>SH</td>
<td>/   /</td>
<td>FOR CLAIMS<br>PROCESSING<br>ONLY</td>
</tr>
</table>

3

## PART II: SCHEDULE OF TRANSACTIONS IN RECKITT AMERICAN DEPOSITARY SHARES

A. Number of Reckitt ADSs held at the close of trading on July 27, 2014:

Proof Enclosed?
Y    N

B. Purchases or acquisitions of Reckitt ADSs from July 28, 2014 through July 8, 2019, inclusive:

— PURCHASES —

| | Trade Date(s) (List Chronologically) | Number of ADSs Purchased or Acquired | Total Purchase or Acquisition Price (Excluding commissions, taxes and fees) | Proof of Purchase Enclosed? |
|---|---|---|---|---|
| | M M / D D / Y Y Y Y | | | |
| 1. | / / | | $ .00 | Y N |
| 2. | / / | | $ .00 | Y N |
| 3. | / / | | $ .00 | Y N |
| 4. | / / | | $ .00 | Y N |
| 5. | / / | | $ .00 | Y N |

IMPORTANT: (i) If any purchase listed covered a "short sale," please mark Yes:    Yes

(ii) If you received shares through an acquisition or merger, please identify the date, the share amount and the company acquired:

M M / D D / Y Y Y Y    Merger Shares:    Company:

/ /    _____

C. Sales of Reckitt ADSs from July 28, 2014 through July 8, 2019, inclusive:

— SALES —

| | Trade Date(s) (List Chronologically) | Number of ADSs Sold | Total Sales Price (Excluding commissions, taxes and fees) | Proof of Sales Enclosed? |
|---|---|---|---|---|
| | M M / D D / Y Y Y Y | | | |
| 1. | / / | | $ .00 | Y N |
| 2. | / / | | $ .00 | Y N |
| 3. | / / | | $ .00 | Y N |
| 4. | / / | | $ .00 | Y N |
| 5. | / / | | $ .00 | Y N |

D. Number of Reckitt ADSs held at the close of trading on April 9, 2019:

Proof Enclosed?
Y    N

E. Number of Reckitt ADSs held at the close of trading on July 8, 2019:

Proof Enclosed?
Y    N

If you require additional space, attach extra schedules in the same format as above.
Sign and print your name on each additional page.

**YOU MUST READ AND SIGN THE RELEASE ON PAGE 6. FAILURE TO SIGN THE RELEASE MAY RESULT IN A DELAY IN PROCESSING OR THE REJECTION OF YOUR CLAIM.**



#### IV.    SUBMISSION TO JURISDICTION OF COURT AND ACKNOWLEDGMENTS

I (We) submit this Proof of Claim and Release under the terms of the Stipulation described in the Notice. I (We) also submit to the jurisdiction of the United States District Court for the Southern District of New York with respect to my (our) claim as a Member of the Class and for purposes of enforcing the releases set forth herein. I (We) further acknowledge that I am (we are) bound by and subject to the terms of the Stipulation and any judgment that may be entered in the Litigation, including the releases and the covenants set forth herein. I (We) agree to furnish additional information to the Claims Administrator to support this claim if requested to do so. I (We) have not submitted any other claim in connection with the purchase or acquisition of Reckitt ADSs during the Class Period and know of no other person having done so on my (our) behalf.

#### V.    RELEASES

1.        I (We) hereby acknowledge full and complete satisfaction of, and do hereby fully, finally, and forever waive, compromise, settle, discharge, extinguish and release from the Released Claims each and all of the Released Defendant Parties.

2.        "Released Defendant Party" or "Released Defendant Parties" means each and all of Defendants, Former Defendants, Defendants' Counsel, and any of their Related Parties.

3.        "Released Claims" means any and all rights, liabilities, suits, debts, obligations, demands, damages, losses, judgments, matters, issues, claims (including "Unknown Claims," as defined below), and causes of action of every nature and description whatsoever, in law, equity, or otherwise, whether known or unknown, asserted or unasserted, accrued or unaccrued, fixed or contingent, liquidated or unliquidated, matured or unmatured, which now exist, or heretofore or previously existed, or may hereafter exist, whether arising under federal, state, local, statutory, common or foreign law, or any other law, rule, or regulation, whether class and/or individual in nature, that Plaintiffs or any other Class Member asserted or could have asserted in the Litigation, or could in the future assert in any court or forum based upon, related in any way to, in connection with, or arising from both: (a) the allegations, transactions, facts, matters or occurrences, errors, representations, misrepresentations, actions, failures to act, omissions, or corrective disclosures that were alleged, set forth, or referred to in the Litigation, and (b) the purchase or acquisition of Reckitt ADSs by any Class Member during the Class Period. "Released Claims" does not include: (i) derivative claims; (ii) ERISA claims; (iii) claims to enforce the Settlement; and (iv) claims arising from purchases of Reckitt Ordinary Shares during the Class Period.

4.        "Released Defendants' Claims" means any and all claims and causes of action of every nature and description whatsoever, including both known claims and Unknown Claims, against Plaintiffs, Plaintiffs' Counsel or any Class Member that arise out of or relate in any way to the institution, prosecution, or settlement of the claims against Defendants or Former Defendants in the Litigation, except for claims relating to the enforcement of the Settlement.

5.        "Unknown Claims" means (a) any and all Released Claims which any of the Releasing Plaintiff Parties do not know or suspect to exist in his, her, or its favor at the time of the release of the Released Defendant Parties, which, if known by him, her, or it, might have affected his, her, or its settlement with and release of the Released Defendant Parties, or might have affected his, her, or its decision(s) with respect to the Settlement, including, but not limited to, whether or not to object to this Settlement; and (b) any and all Released Defendants' Claims that any of the Released Defendant Parties do not know or suspect to exist in his, her, or its favor at the time of the release of Plaintiffs, the Class, and Plaintiffs' Counsel, which, if known by him, her, or it, might have affected his, her, or its settlement and release of Plaintiffs, the Class, and Plaintiffs' Counsel. With respect to (a) any and all Released Claims against the Released Defendant Parties, and (b) any and all Released Defendants' Claims against Plaintiffs, the Class, and Plaintiffs' Counsel, the Settling Parties stipulate and agree that, upon the Effective Date, the Settling Parties shall expressly waive, and each Releasing Plaintiff Party and Released Defendant Party shall be deemed to have, and by operation of the Judgment shall have, expressly waived the provisions, rights, and benefits of California Civil Code §1542, which provides:

> A general release does not extend to claims that the creditor or releasing party does not know or suspect to exist in his or her favor at the time of executing the release and that, if known by him or her, would have materially affected his or her settlement with the debtor or released party.

The Settling Parties shall expressly waive, and each Releasing Plaintiff Party and Released Defendant Party shall be deemed to have, and by operation of the Judgment shall have, expressly waived any and all provisions, rights, and benefits conferred by any law of any state or territory of the United States, or principle of common law, which is similar, comparable, or equivalent to California Civil Code §1542. The Releasing Plaintiff Parties and Released Defendant Parties acknowledge that they may hereafter discover facts, legal theories or authorities in addition to or different from those which he, she, it or their counsel now knows or believes to be true with respect to the subject matter of the Released Claims or Released Defendants' Claims, but (a) the Releasing Plaintiff Parties shall expressly fully, finally, and forever waive, compromise, settle, discharge, extinguish and release, and each Releasing Plaintiff Party shall be deemed to have waived, compromised, settled, discharged, extinguished, and released, and, upon the Effective Date, and by operation of the Judgment, shall have waived, compromised, settled, discharged, extinguished, and released, fully, finally, and forever, any and all Released Claims against the Released Defendant Parties, known or unknown, suspected or unsuspected, contingent or non-contingent, accrued or unaccrued, whether or not concealed or hidden, which now exist, or heretofore have existed, or may hereafter exist, upon any theory of law or equity now existing or coming into existence in the future, including, but not limited to, conduct which is negligent, intentional, with or without malice, or a breach of any duty, law or rule, without regard



5

to the subsequent discovery or existence of such different or additional facts, legal theories, or authorities, and (b) the Released Defendant Parties shall expressly fully, finally, and forever waive, compromise, settle, discharge, extinguish and release, and, upon the Effective Date, and by operation of the Judgment, shall have waived, compromised, settled, discharged, extinguished, and released, fully, finally, and forever, any and all Released Defendants' Claims against Plaintiffs, the Class, and Plaintiffs' Counsel, known or unknown, suspected or unsuspected, contingent or non-contingent, whether or not concealed or hidden, which now exist, or heretofore have existed, upon any theory of law or equity now existing or coming into existence in the future, including, but not limited to, conduct which is negligent, intentional, with or without malice, or a breach of any duty, law or rule, without regard to the subsequent discovery or existence of such different or additional facts, legal theories, or authorities. The Settling Parties acknowledge, and the Releasing Plaintiff Parties and Released Defendant Parties shall be deemed by operation of the Judgment to have acknowledged, that the foregoing waiver was separately bargained for and is an essential element of the Settlement of which this release is a part.

6.      These releases shall be of no force or effect unless and until the Court approves the Stipulation and the Settlement becomes effective on the Effective Date.

7.      I (We) hereby warrant and represent that I (we) have not assigned or transferred or purported to assign or transfer, voluntarily or involuntarily, any claim or matter released pursuant to this release or any other part or portion thereof.

8.      I (We) hereby warrant and represent that I (we) have included information about all of my (our) purchases, acquisitions and sales of Reckitt ADSs during the Class Period and the number of Reckitt ADSs held by me (us) at the close of trading on July 27, 2014, April 9, 2019, and July 8, 2019.

I (We) declare under penalty of perjury under the laws of the United States of America that the foregoing information supplied by the undersigned is true and correct.

Executed this _____ day of _____ in _____

                              (Month/Year)                                    (City/State/Country)

_____                    _____
(Sign your name here)                                             (Sign your name here)

_____                    _____
(Type or print your name here)                                 (Type or print your name here)

_____                    _____
(Capacity of person(s) signing, e.g.,                       (Capacity of person(s) signing, e.g.,
Beneficial Purchaser or Acquirer, Executor or Administrator)    Beneficial Purchaser or Acquirer, Executor or Administrator)

**ACCURATE CLAIMS PROCESSING TAKES A SIGNIFICANT AMOUNT OF TIME. THANK YOU FOR YOUR PATIENCE.**

Reminder Checklist:

1. Please sign the above release and declaration.
2. If this claim is being made on behalf of Joint Clamaints, then both must sign.
3. Remember to attach copies of supporting documentation, if available.
4. **Do not send** originals of certificates.
5. Keep a copy of your Claim Form and all supporting documentation for your records.

6. If you desire an acknowledgement of receipt of your Claim Form, please send it Certified Mail, Return Receipt Requested.
7. If you move, please send your new address to the address below.
8. Do not use red pen or highlighter on the Claim Form or supporting documentation.

**THIS CLAIM FORM MUST BE SUBMITTED ONLINE OR POSTMARKED NO LATER THAN JULY 7, 2023:**

*Reckitt Securities Settlement*
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 8040
San Rafael, CA 94912-8040
www.ReckittSecuritiesSettlement.com





Ms. Maria L. Brown

12 JUN 2023   PM 5   L



JUN 1 4 2023

BY: ......................

**REK**

*Reckitt Securities Settlement*
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 8040
San Rafael, CA 94912-8040

լիՍՈւՈւՈՍ.ՈՈՍՈ.ՈՍՈՍ.ՍՈՍՈՈՍՈՍՈՈՍ.ՈՍՈ